```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0068--CR (JKS)
                "USA V CYRUS D.A. BRASWELL"
              DEF 1.1 BRASWELL, CYRUS D.A.

     Including terminated defendants, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed:  06/18/97
           Closed:  06/16/98
No. of Defendants:  1
    MJ Case Number:  A97-0047--MJ
              AKA:
  Location status:  U.S. Custody
       Trial date:  10/20/97
       Terminated:  YES
 Needs interpreter: NO
Counsel of record:  Cyrus D.A. Braswell
                    Pro Per: 13356-006
                    FCI Florence
                    POB 6000
                    Florence, CO 81226-6000
                    Serve: YES
                     Type: Waived or Self
                     Role: Appeal
```

```
PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Richard L. Pomeroy
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial, 2255 Motion
```

Counts re: DEF 1.1 BRASWELL, CYRUS D.A.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 14A-  1 | 1-S | 21:841(a)(1) DISTRIBTUION OF A CONTROLLED SUBSTANCE [F] | Terminated |
| 14A-  1 | 2-S | 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE [F] | Terminated |
| 14A-  1 | 3-S | 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE [F] | Terminated |
| 14A-  1 | 4-S | 21:841(a)(1)DISTRIBUTION OF A CONTROLLED SUBSTANCE [F] | Terminated |
| 14A-  1 | 5-S | 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE A COTNROLLED SUBSTANCE [F] | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"
DEF 1.1 BRASWELL, CYRUS D.A.

Including terminated defendants, excluding terminated counsel

| 14A- | 1 | 6-S | 21:856(a)(1) MAINTAINING A PLACE FOR DRUG TRAFFICKING [F] | Terminated |
| 14A- | 1 | 7-S | 21:856(a)(1) MAINTAINING A PLACE FOR DRUG TRAFFICKING [F] | Terminated |
| 14A- | 1 | 8-S | 18:1957(a) MONEY LAUNDERING [F] | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 06/18/97
               Closed: 06/16/98
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/18/97 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/19/97 | [Re: DEF 1] JDR Grand Jury Minutes; no bail, detention, set for arraignment, notify USM, in custody. |
| 3 - 1 | 06/19/97 | [Re: DEF 1] Documents transferred from: A97-47MJ; court minutes initial appearance, fin. aff.,order re; temporary detention,court minutes detention hearing, return of warrant of arrest. |
| 4 - 1 | 06/20/97 | [Re: DEF 1] AHB Order of Detention Pending Trial.cc:AUSA, FPD, USM, PTS |
| 5 - 1 | 06/20/97 | [Re: DEF 1] AHB Order regarding preparation for trial; pretrial motions due 7/11/97. cc: AUSA, FPD |
| NOTE - 1 | 06/23/97 | Notation: speedy trial notice forwarded to Judge. |
| 6 - 1 | 06/23/97 | [Re: DEF 1] AHB Court Minutes [ECR: Jan Welch] re: arr on indictment /detention hrg [held 6/20/97]; pled NG to cts as stated in the indictment; pretrial motions due 7/11/97; order filed; deft motion for bail denied; unopposed oral mot to invoke witness exclusionary rule, granted; deft detained; order filed. cc: AUSA, FPD, USM, PTS |
| 7 - 1 | 06/24/97 | [Re: DEF 1] JKS Order setting TBJ for 8/11/97 at 9am; pretrial conf set for 8/5/97 at 4pm.cc:AUSA, FPD, USM, PTS, JC, MJ Branson |
| 8 - 1 | 07/01/97 | DEF 1 Notice of lodging petition for expedited release of vehicle w/att petition. |
| 8 - 2 | 07/01/97 | DEF 1 motion (petition ) for release of vehicle seized for a drug related offense. |
| 9 - 1 | 07/08/97 | [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference. |
| 10 - 1 | 07/11/97 | DEF 1 Unopposed Motion to extend time to file pretrial motions (to 7-13-97). |
| 11 - 1 | 07/11/97 | DEF 1 motion for severance of counts. |
| 12 - 1 | 07/14/97 | DEF 1 motion to suppress evidence, w/atch memo. |
| 13 - 1 | 07/14/97 | DEF 1 motion to withdraw (to be acted on by judge not assigned to this case)  w/atch SEALED afdvt. |
| 14 - 1 | 07/15/97 | [Re: DEF 1] AHB Order granting unopposed mot to ext time (to 7-13-97) to file PTMs (#10).  cy USA, FPD |
| 14A- 1 | 07/15/97 | [Re: DEF 1] Superseding Indictment.  cy USM, PTS, FPD |
| 15 - 1 | 07/16/97 | [Re: DEF 1] AHB Minute Order that ex parte hrg re #13 is set 11:30 a.m, 7/16/97.  cc FPD, USM. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                            "USA V CYRUS D.A. BRASWELL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

16 -  1  07/16/97  [Re: DEF 1] AHB Grand Jury Minutes; no bail set, set for arr & notify USM, in custody.

17 -  1  07/16/97  [Re: DEF 1] AHB Minute Order that arrgn on SI is sit 4:00 p.m., 7/17/97. cc USA, H. Pearce, PO, USM.

18 -  1  07/16/97  [Re: DEF 1] CJA appointment, H. Pearce for FPD.

19 -  1  07/17/97  {SEALED}

20 -  1  07/17/97  DEF 1 Attorney Appearance.

21 -  1  07/17/97  [Re: DEF 1] AHB Order regarding preparation for trial; parties to meet by 7-18-97; PTMs due 7-31-97; re CTs 8 & 9: possible amended or supp mot to suppress due 7-23-97.  cy USA, H. Pearce

22 -  1  07/18/97  [Re: DEF 1] AHB Court Minutes [ECR: Roy Van Hollebeke] arraign on S/I; held 7-17-97; pled NG; def detained; mot to cont trial due 7-18-97.  cy USA, H. Pearce

23 -  1  07/18/97  DEF 1 Unopposed Motion to cont trial date w/att aff.

24 -  1  07/18/97  DEF 1 motion for consideration on shortened time re #23..

25 -  1  07/21/97  [Re: DEF 1] JKS Minute Order granting motion for consideration on shortened time re #23 (24-1). A hearing re deft's unopposed motion  to continue trial isset for 7/24/97 at 9:30 a.m. crt rm #3.  cc: S. Collins, H. Pearce, USM, Probation

26 -  1  07/22/97  [Re: DEF 1] Transcript [partial] re: arraignemtn on indictment/detention hearing held 6/28/97.

27 -  1  07/23/97  DEF 1 Supplement re: DEF 1 motion to suppress evidence, w/atch exh. (12-1)

28 -  1  07/23/97  [Re: DEF 1] Authorization and vocher for payment of transcript re: pretrial preparation - $124.00.

29 -  1  07/24/97  [Re: DEF 1] PLF 1 Stipulation/Certification of discovery.

30 -  1  07/28/97  [Re: DEF 1] Unopposed Motion for extension of time to file various motions  til 8/4/97.

31 -  1  07/29/97  [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re: hrg on unopposed motion to continue trial [dkt#23] held 7/24/97; motion granted; crt found excludable delay 18:3161 [b][1][f]; TBJ set for 8/11/97 is vacated and reset for 9/15/97; final pretrial conf set for 8/5/97 is vacated and reset for 8/28/97 at 4pm; trial est 8 dys. cc: AUSA, Peace, JC, USM, PO, MJ Branson

32 -  1  07/31/97  DEF 1 Supplement re: DEF 1 motion for severance of counts. (11-1)

33 -  1  08/01/97  [Re: DEF 1] AHB Order granting pltf to 8-4-97 to respond to various mot filed by def (#30).  cy USA, H. Pearce

34 -  1  08/01/97  [Re: DEF 1] AHB Minute Order that clerk is directed to forward mailing rcvd from deft; deft alerted that all future filings on his behalf are to be made by atty of rcrd.  cc USA, H. Pearce, C. Braswell.

---

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                                "USA V CYRUS D.A. BRASWELL"
```

---

**For all filing dates**

---

| Document # | Filed | Docket text |
|---|---|---|

---

35 - 1   08/04/97   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for severance of counts. (11-1), DEF 1 motion to suppress evidence, (12-1)

36 - 1   08/05/97   PLF 1 Errata re oppo (35-1) re: DEF 1 motion for severance of counts. (11-1), DEF 1 motion to suppress evidence (12-1) w/att exh.

37 - 1   08/08/97   Initial R&R recommends denying re: DEF 1 motion to suppress evidence, w/atch memo. (12-1). Objections due 08/22/97. Reply due 09/03/97. cc USA, H. Pearce, JKS.

38 - 1   08/11/97   [Re: DEF 1] AHB Minute Order that a hrg re: dkt #8 is set for  8/13/97. cc: AUSA, Pearce, USM, PO

39 - 1   08/11/97   DEF 1 reply to opposition to DEF 1 motion for severance of counts. (11-1), DEF 1 motion to suppress evidence. (12-1)

40 - 1   08/12/97   [Re: DEF 1] PLF 1 opposition to DEF 1 motion (petition ) for release of vehicle seized for a drug related offense. (8-2) w/att exhs.

41 - 1   08/13/97   Initial R&R recommends denying re: DEF 1 motion for severance of counts. (11-1). Objections due 08/25/97. Reply due 09/02/97. cc cnsl, JKS.

42 - 1   08/13/97   [Re: DEF 1] AHB Court Minutes [ECR: Jan Welch] of hrg re mot for rls of vehicle (8-2); deft's unopposed oral mot to w/draw 8-2 granted; withdrawing motion (petition ) for release of vehicle seized for a drug related offense (8-2).

43 - 1   08/15/97   DEF 1 motion for reconsideration re Initial R&R.

44 - 1   08/19/97   [Re: DEF 1] AHB Minute Order denying motion for reconsideration (43-1); the original ddlns set for filing objections to the pending R&R stand. cc: USA, Pearce

45 - 1   08/25/97   DEF 1 objection to R&R re: DEF 1 motion for severance of counts. (11-1)

46 - 1   08/26/97   [Re: DEF 1] JKS Minute Order that final pretrial conf previously set for 8/28/97 is vacated and rescheduled for 9/15/97 at 8:30am; TBJ is rescheduled to convene 9/15/97 at 10am. cc:USA, Pearce, USM, PO, JC

47 - 1   09/02/97   [Re: DEF 1] JKS Order denying motion for severance of counts. (11-1), motion to suppress evidence (12-1). cc:USA, Pearce, USM, PO, MJ Branson

48 - 1   09/04/97   DEF 1 motion for discharge of attorney for ineffective assistance of counsel  w/att memo.

49 - 1   09/04/97   DEF 1 motion [petition] for expedited release of vehicle seized for a drug related offense.

50 - 1   09/05/97   [Re: DEF 1] JKS Minute Order denying motion [petition] for expedited release of vehicle seized for a drug related (49-1) cc:cnsl

51 - 1   09/05/97   [Re: DEF 1] AHB Minute Order that hrg re mot for discharge of atty (48-1) is set 11:00 a.m, 9/8/97.  cc USA, H. Pearce, USM, PO.

52 - 1   09/09/97   [Re: DEF 1] JKS Minute Order that final pretrial conf shall remain as previously scheduled for 9/15/97 at 8:30am; TBJ previously set for 9/15/97 is vacted and reset for 9/16/97 at 9:00am. cc:USA, Pearce, USM, PO, JC

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 53 - 1 | 09/09/97 | DEF 1 motion [expedited]  for continuance of trial to 10/20/97. |
| 54 - 1 | 09/09/97 | [Re: DEF 1] CJA appointment of H. Fleischer. |
| 55 - 1 | 09/10/97 | [Re: DEF 1] AHB Court Minutes [ECR: Roy Van Hollebeke] re: hrg on dkt#48 [held 9/8/97] denying motion for discharge of attorney for ineffective assistance of counsel (48-1).cc:USA, Pearce |
| 56 - 1 | 09/10/97 | {SEALED} |
| 57 - 1 | 09/11/97 | [Re: DEF 1] JKS Minute Order that a hrg re: deft motion to continue trial at dkt #53 is set for 9/15/97 at 9am; fnal pretrial conf previously scheduled for 9/15/97 at 8:30 is vacated. cc:USA, Fleischer |
| 58 - 1 | 09/16/97 | [Re: DEF 1] JKS Order of excludable delay re: dkt #12; commenced on 7/14/97 and ended on 8/29/97 for a total of 47dys; code E; also gave a T4 code. |
| 59 - 1 | 09/16/97 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] re: unopposed motion to continue trial [dkt #53] l[held 9/15/97] granting motion [expedited]  for continuance of trial to week of 10/27/97 with the understanding that this case is to be in a trailing position during the week of 10/20/97 following the case of USA v Candelaria [A97-0096CR [JKS]  (53-1)cc: USA, Fleischer, USM, PO, Jury Clerk |
| 60 - 1 | 09/17/97 | [Re: DEF 1] JKS Minute Order TBJ previously set for 10/27/97 is vacated and reset for 10/20/97 t 9am; fnal pretrial conf is scheduled for 10/15/97 at 4pm. cc:USA,Fleischer, USM, PO, JC, MJ Branson |
| 61 - 1 | 10/14/97 | DEF 1 Trial Brief. |
| 62 - 1 | 10/14/97 | [Re: DEF 1] PLF 1 Trial Brief. |
| 63 - 1 | 10/14/97 | DEF 1 Proposed Voir Dire. |
| 64 - 1 | 10/14/97 | DEF 1 Proposed Jury Instructions. |
| 65 - 1 | 10/14/97 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 66 - 1 | 10/14/97 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 67 - 1 | 10/15/97 | DEF 1 motion to accept late filing of and motion to preclude government witness and suppress evidence emanating from such witness w/att aff of cnsl, memo and exhs. |
| 68 - 1 | 10/16/97 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: final pretrial conf [held 10/15/97] crt/cnsl hrd def late filed motion to exclude testimony; crt to review motion; cnsl may file written comments to proposed instructions NOT LATER THAN  10/17/97. cc:USA, Fleischer |
| 69 - 1 | 10/17/97 | DEF 1 motion on shortened time for withdrawal of counsel w/att written consent. |
| 70 - 1 | 10/17/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to accept late filing of and motion to preclude government witness and suppress evidence emanating from such witness . (67-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                              "USA V CYRUS D.A. BRASWELL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 71 - 1 | 10/17/97 | [Re: DEF 1] JKS Minute Order re: hearing re def's motion on shortened time for withdrawal of counsel is set for 10/17/97 at 1:30 p.m. Crt Rm #3. cc: cnsl, USM |
| 69 - 2 | 10/20/97 | [Re: DEF 1] JKS Order denying motion on shortened time for withdrawal of counsel (69-1).  Motion Denied at hearing held 10/17/97. |
| 72 - 1 | 10/20/97 | [Re: DEF 1] JKS Court Minutes re: hearing re withdrawal of counsel (held 10/17/97) [ECR: Jennifer Gamble]. Motion for w/drawal of counsel DENIED.  cc:cnsl |
| 73 - 1 | 10/20/97 | DEF 1 motion (ex parte) on shortened time for an order  approving subpoenas. |
| 73 - 2 | 10/20/97 | [Re: DEF 1] JKS Order granting motion on shortened time for an order approving subpoenas (73-1). cc: Fleischer |
| 74 - 1 | 10/20/97 | [Re: DEF 1] JKS Order denying motion to accept late filing of and motion to preclude government witness (67-1) cc:USA, Fleischer |
| 75 - 1 | 10/20/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] TBJ-Day 1 held 10/20/97 , crt to reconvene 10/21/97 at 9am. |
| 76 - 1 | 10/22/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re: TBJ-Day 2 [held 10/21/97] continued till 10/22/97 at 9am. |
| 77 - 1 | 10/22/97 | [Re: DEF 1] JKS Minute Order re attached jury instructions are for parties review. The Court does not know at this the if Def  will be testifying adn has not determined if a lesser included offense instruction will be warranted.  cc:cnsl |
| 78 - 1 | 10/22/97 | {SEALED} |
| 79 - 1 | 10/22/97 | {SEALED} |
| 80 - 1 | 10/23/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re: TBJ Day 3 [HELD 10/23/97] crt to reconvene on 10/23/97. |
| 81 - 1 | 10/23/97 | {SEALED} |
| 82 - 1 | 10/23/97 | {SEALED} |
| 83 - 1 | 10/27/97 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: TBJ-Day 4 [held 10/23/97] crt to resume 10/24/97 at 9am. |
| 84 - 1 | 10/27/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re: TBJ- Day 5 [held 10/24/97]; gov't motion to dismiss ct 8 of the indictment; granted; crt recovened 10/27/97 at 9am. |
| 85 - 1 | 10/27/97 | DEF 1 Proposed Jury Instructions. |
| 86 - 1 | 10/28/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble/Linda Christensen] TBJ Day 6 [Held 10/27/97]deft's proposed jury instructions filed; jury panel to begin deliberation. |
| 87 - 1 | 10/29/97 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] TBJ-Day 7 [held 10/27/97] verdict published (guilty as to cts 1-8) and filed;IOS set for |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                                "USA V CYRUS D.A. BRASWELL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| | | 2/12/97 at 8:30am; jury instruction filed. cc:USA, Fleischer, USM, PO |
| 88 - 1 | 10/29/97 | [Re: DEF 1] Verdict; guilty as to cts 1-8. |
| 89 - 1 | 10/29/97 | [Re: DEF 1] Jury Instructions. |
| 90 - 1 | 11/07/97 | DEF 1 Appeal to 9CCA to dkt #90 fld 10/29/97. cc: cnsl, C. Braswell, Judge Singleton, US Marshal, 9CCA. |
| 91 - 1 | 11/10/97 | [Re: DEF 1] Copy of 9CCA Time Schedule Order. cc: cnsl, C. Braswell, Judge Singleton, ECR, 9CCA (orig). |
| 92 - 1 | 12/03/97 | DEF 1 motion for discharge of attorney for failure to provide assistance of counsel w/att memo and aff. |
| 93 - 1 | 12/05/97 | [Re: DEF 1] JKS Order denying motion for discharge of attorney for failure to provide assistance of counsel (92-1) ; Mr. Fleischer shall continue to represent Mr. Braswell through sentencing; whether to appoint substitute counsel for purpose of appeal is matter that will be taken up at the sentencing hearing. cc: USA, Fleischer, Appeals Clerk |
| 94 - 1 | 01/13/98 | [Re: DEF 1] PLF 1 Objections to draft presentence report. |
| 95 - 1 | 01/15/98 | DEF 1 motion to produce discovery w/att memo & aff. |
| 96 - 1 | 02/03/98 | [Re: DEF 1] Sentencing Memorandum. |
| 97 - 1 | 02/05/98 | DEF 1 Sentencing Memorandum. |
| 98 - 1 | 02/09/98 | [Re: DEF 1] JKS Order denying motion to produce discovery (95-1); clk shall not receive for filing any further motions by Braswell that are not submitted by his attorney. cc: USA, Fleischer, Braswell. |
| 99 - 1 | 02/11/98 | [Re: DEF 1] Partial Transcript -TBJ- Day 5 held on 10/24/98. |
| 100 - 1 | 02/13/98 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble];IOS [held 2/12/98]; crt, cnsl & def hrd re def allocution and statements re: allegations against Mr. Fleischer; crt stated that Mr. Fleischer was relieved as counsel for Mr. Braswell. Crt further stated that the in-court deputy will notify the FPD office that they were to appoint the next CJA cnsl; crt & cnsl hrd re: trial transcripts; crt directed that transcripts of the entire trial be prepared for CJA cnsl review; crt & cnsl hrd; cont IOS has been set for 3/27/98 at 8:30. cc:USA, Fleischer, CJA Clerk [FPD]. |
| 101 - 1 | 02/17/98 | [Re: DEF 1] Copy of CJA/20 appointment of W. Cummings. |
| 102 - 1 | 02/19/98 | DEF 1 Attorney Appearance of W. Cummings. |
| 103 - 1 | 03/13/98 | DEF 1 Notice for attorney fees & costs. |
| 104 - 1 | 03/18/98 | [Re: DEF 1] Unopposed Motion for postponement of 3/27/98 continued hearing on imposition of sentence till 4/22/98 at 8:30am. |
| 105 - 1 | 03/18/98 | [Re: DEF 1] PLF 1 motion [request] for evidentiary hearing prior to imposition of sentence w/att exh. |
| 104 - 2 | 03/20/98 | [Re: DEF 1] JKS Order that the cont hrg on IOS set for 03/27/98 is postponed & reset for 04/22/98 at 8:30 a.m. cc: USA, W. Cummings, USM, |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | PO, MJ Branson. |
| 106 - 1 | 03/23/98 | [Re: DEF 1] JKS Order:  Sentencing hrg currently set for 04/22/98 at 8:30 a.m. shall proceed in 2 parts; Crt to hold evidentiary hrg on DEF's allegations that his attorney made disparaging racial slurs about Braswell during 1st part, at which crt expects DEF & Mr. Fleischer to testify under oath.  Upon completion of evidentiary hrg; crt will proceed to sentencing.  Any supplemental briefs re: DEF's criminal history shall be filed NLT 7 days before sentencing.  cc:  USA, W. Cummings, PO, USM, MJ Branson, H. Fleischer. |
| 107 - 1 | 03/25/98 | [Re: DEF 1] PLF 1 motion on shortened time to advance or continue evidentiary hearing prior to IOS. |
| 108 - 1 | 03/26/98 | [Re: DEF 1] JKS Minute Order granting motion [request] for evidentiary hearing prior to imposition of sentence (105-1), motion on shortened time to advance or continue evidentiary hearing prior (107-1); the hearings previously set for 4/22/98 are vacated and rescheduled for 4/28/98 at 8:30. cc: USA, Cummings, Fleischer, PO, USM |
| 109 - 1 | 04/01/98 | [Re: DEF 1] Transcript -TBJ Day 1 [held 10/20/97] [volume located in expando]. |
| 110 - 1 | 04/01/98 | [Re: DEF 1] Transcript TBJ-Day 2 [October 21, 1997][volume located in brown expando]. |
| 111 - 1 | 04/01/98 | [Re: DEF 1] Transcript - TBJ- day 3 [10/22/97] [volume located in brown expando]. |
| 112 - 1 | 04/01/98 | [Re: DEF 1] Transcript -TBJ Day 4 [10/23/97] [volume located in brown expando file]. |
| 113 - 1 | 04/01/98 | {SEALED} |
| 114 - 1 | 04/01/98 | [Re: DEF 1] Partial Transcript - TBJ Day 5 [10/24/97] [volume in brown expando]. |
| 115 - 1 | 04/01/98 | [Re: DEF 1] Transcript -TBJ Day 6 [10/27/98] [volume in brown expando]. |
| 116 - 1 | 04/01/98 | [Re: DEF 1] Transcript - TBJ Day 7 [10/28/98] [volume located in brown expando]. |
| 117 - 1 | 04/01/98 | [Re: DEF 1] Motion on shortened time for order compelling compliance with subpoena duces tecum w/att exhs. |
| 117 - 2 | 04/02/98 | [Re: DEF 1] JKS Order granting motion on shortened time for order compelling compliance with subpoena duces (117-1). cc:USA, Cummings |
| 118 - 1 | 04/02/98 | [Re: DEF 1] JKS Order regarding sentencing; the gov't shall provide the crt copies of any motions to suppress with accompanying aff and oppo from def's drug prosecution in state court;copies of Judge Andrew's decision on the motion to suppress and the decision of the Ak Crt of Appeals; transcript of any evidentiary hrg conducted by Judge Andrews. cc: USA, Cummings |
| 119 - 1 | 04/09/98 | Cert cy 9CCA Mandate ordering petition filed and DENYING same because petitioner has not demonstrated that case warrants the intervention of 9CCA by means of the remedy of mandamus.  cc:  cnsl, Judge Singleton. 98-80196. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                          "USA V CYRUS D.A. BRASWELL"
```

---

### For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 120 - 1 | 04/16/98 | DEF 1 motion expedited for withdrawal and substitution of counsel  w/att aff and consent. |
| 121 - 1 | 04/17/98 | [Re: DEF 1] JKS Minute Order setting hrg re: motion for withdrawal and substitution of cnsl for 4/21/98 at 10am. |
| 122 - 1 | 04/21/98 | DEF 1 Supplemental Sentencing Memorandum. |
| 123 - 1 | 04/21/98 | [Re: DEF 1] Unopposed Motion on shortened time for agreed briefing schedule def opening memo 4/21/98; def supplemental memo 5/15/98;gov't sentencing memo 5/22/98; def optional reply memo 5/29/98. |
| 123 - 2 | 04/21/98 | [Re: DEF 1] JKS Order granting unopposed motion on shortened time for agreed briefing schedule.cc:USA, Cummings |
| 124 - 1 | 04/21/98 | [Re: DEF 1] PLF 1 Response to Order [notice of filing] dated 4/2/98 w/att exhs[exhs forwarded to Judge]. |
| 126 - 1 | 04/21/98 | {SEALED} |
| 125 - 1 | 04/22/98 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] Hrg re: def's expedited motion for withdrawal and sub of cnsl [dkt 120] [held 4/21/98] crt/cnsl hrd; IOS set for 4/28/98 is vacated; evidentiary hrg set for 4/28/98 at 8:30am to continue as previously scheduled; crt denying motion expedited for withdrawal and substitution of counsel (120-1); IOS is rescheduled for 6/5/98 at 8:30am. cc:USA, Cummings, USM, PO |
| 127 - 1 | 04/24/98 | [Re: DEF 1] Transcript re:IOS [held 2/12/98]. |
| 128 - 1 | 04/24/98 | [Re: DEF 1] PLF 1 Response to Order [notice] re: filing additional exhs related to those requested by the court's order dated 4/2/98 w/att exhs. |
| 129 - 1 | 04/28/98 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] Evidentiay hrg [held 4/28/98] def cnsl oral mot to withdraw denied; crt placed findings on the record; crt found def's charges to be untrue and that issue of validity of verdict dropped at this time. cc:USA, Cummings |
| 130 - 1 | 05/15/98 | 4DEF 1 Second supplemental sentencing memorandum in response to Crt's 04/21/98 ord w/att exhs. |
| 131 - 1 | 05/20/98 | DEF 1 motion (expedited) for withdrawal and substitution of counsel w/att aff and exhs. |
| 132 - 1 | 05/22/98 | [Re: DEF 1] JKS Order granting the motion for expedited consideration; denying without prejudice to its renewal after this court rules on the forthcoming order to show cause re: def contempt and a potential injunction against future litigation the motion for withdrawal and substitution of counsel (131-1) . cc: USA, Cummings |
| 133 - 1 | 05/22/98 | [Re: DEF 1] PLF 1 Supplement re: sentencing memo, including requests for upward departure, and response to def's sentencing memo w/att exhs. |
| 134 - 1 | 05/26/98 | VACATED BY #150 - [Re: DEF 1] JKS Order that John Bernitz appointed for the limited purpose of responding to this show cause order; response to be filed by 6/1/98; hrg on order to show cause set for 6/4/98. cc:USA, Cummings, Bernitz |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 135 - 1 | 05/27/98 | [Re: DEF 1] JKS Minute Order to amend the Order to Show Cause entered May 26, 1998 to reflect civil case number as A98-0156CV [JWS] not A98-0151CV [JWS]. cc:USA, Bernitz, Cummings |
| 136 - 1 | 05/29/98 | DEF 1  Reply to USA's supplemental sentencing memo. |
| 137 - 1 | 06/01/98 | DEF 1 Response to Show Cause Order. |
| 138 - 1 | 06/01/98 | DEF 1 demand for trial by jury. |
| 139 - 1 | 06/01/98 | DEF 1 motion to recuse Judge with att memo & exhs. |
| 139 - 2 | 06/02/98 | [Re: DEF 1] JKS Order denying motion to recuse Judge (139-1). cc:USA, Bernitz, Cummings |
| 140 - 1 | 06/02/98 | [Re: DEF 1] JKS Order denying demand for jury trial [dkt 138]; denying motion to vacate the show cause hearing and to recuse [dkt 137]; def is on notice that court is considering an upward departure that will be considered at sentencing on 6/5/98. cc: USA, Bernitz, Cummings |
| 141 - 1 | 06/02/98 | DEF 1 motion to publish sealed hearings and documents to attorney appointed for contempt proceedings. |
| 142 - 1 | 06/03/98 | [Re: DEF 1] JKS Order granting motion to publish sealed hearings and documents to attorney, Mr. Bernitz, appointed for contempt proceedings (141-1). cc:USA, Bernitz, Cummings, Intake Clerk |
| 143 - 1 | 06/04/98 | DEF 1 Notice of filing exhibit which was introduced and accepted as part of the record at the 6/4/98 show cause hearing w/att exh. |
| 143A- 1 | 06/05/98 | DEF 1 Notice of filing exh. |
| 143B- 1 | 06/08/98 | DEF 1 appeal to 9CCA of (147-1) filed 06/16/98. cc:C. Braswell, cnsl, Judge, 9CCA 98-30198 |
| 144 - 1 | 06/09/98 | [Re: DEF 1] CJA appointment of J. Bernitz all proceedings re: contempt of court. |
| 145 - 1 | 06/09/98 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] Show Cause Hrg [held 6/4/98]; crt to enter injunction directing Mike Hall, Clerk to dismiss the pending law suit without prejudice to it being refiled after this case is completed and jurisdiction has transferred to the appellate court; crt enjoins Mr. Braswell from filing any further law suites relating to any circumstances connected with this case or any event that occurred in the course of this case until after jurisdiction in this case has passed to the 9th Circuit Court of  Appeals; crt enjoin Mr. Braswell from filing any action in State Court relating to his case or any one connected with this case until after jurisdiction has transferred to the 9th Circuit Court of Appeals. cc: USA, Bernitz, Cummings, M. Hall, Clerk of Court, Appeals Clerk, Intake Clerk, MJ Branson |
| 146 - 1 | 06/11/98 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] IOS [held 6/5/98] sent 400 months for cts 1 thru 5; 240 months for cts 6 & 7; 120 months for ct 9; all to run concurrently; supervised release 5 years; fine $98,677.00;special assessment $800;crt relieved Mr. Cummings and Mr. Bernitz from further responsibilities for Mr. Braswell; FPD to appoint |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | new counsel from CJA panel for appeal purposes. cc:USA, Cummings, Bernitz, FPD CJA Clerk |
| 147 - 1 | 06/16/98 | [Re: DEF 1] JKS Judgment; def was found guilty as to cts 1,2,3,4,5,6,7,&9 of the superseding indictment; ct 8 dismissed; sentenced 400 months as to cts 1 through 5; 240 months for cts 6 &7; 120 months for ct 9, all such terms to run concurrently; supervised release 5 years this term consists of 5 yrs on each of cts 1 through 5 and term of 3 years on cts 6,7, & 9, all such terms to run concurrently; special assessment $800; fine $98,677. cc: USA, Bernitz, Cummings, USM, PO, MJ Branson, Carmen, Finance, C. Braswell [w/cnsl cpy] |
| 148 - 1 | 06/16/98 | [Re: DEF 1] CJA appointment of H. Walker for all apelate proceeds from 6/16/98 to end. |
| 149 - 1 | 06/29/98 | [Re: DEF 1] JKS Memorandum of sentencing hearing & report of statement of reasons with att exhs. cc:USA,Cummings, Walker, Bernitz, USM, PO, Finance, Carmen [USA], C. Braswell[w/cnsl cpy], MJ Branson |
| 150 - 1 | 06/29/98 | [Re: DEF 1] JKS Minute Order that the Order to Show Cause at dkt 134 is vacated; the injunction entered in open court on 6/4/98 and memorialized in the min dated 6/9/98 at dkt 145 is quashed. cc:USA, Cummings, Bernitz, Walker, M. Hall,Clerk of Court, Judge Sedwick, MJ Branson, Appeals Clerk |
| 151 - 1 | 06/30/98 | [Re: DEF 1] Partial Transcript re: IOS held 6/5/98. |
| 152 - 1 | 07/07/98 | [Re: DEF 1] Copy 9CCA Time Schedule Order. cc: C. Braswell, cnsl, Judge Singleton, ECR, 9CCA (orig). 98-30198. |
| 153 - 1 | 07/20/98 | [Re: DEF 1] PLF 1 Affidavit & request for issuance of Writ of Execution on PFD. |
| NOTE - 2 | 07/22/98 | Issued: writ of execution on DEF's PFD. |
| 154 - 1 | 08/25/98 | USM Return of judgment on 8/13/98 to USP Florence, CO. |
| NOTE - 3 | 09/18/98 | Notation: Forwarded to the 9CCA defendant's motion to proceed "pro se" with attached affidavit and memorandum. |
| 155 - 1 | 10/01/98 | DEF 1 motion [PETITION] for expedited release of property for drug related offense w/att memo and aff. |
| 156 - 1 | 10/02/98 | [Re: DEF 1] JKS Order denying the application for hearing on shortened time at dkt 155; this motion shall be considered in conformity with the time schedule set out in District of Alaska Local Rule 7.1. cc: USA, Walker |
| 157 - 1 | 11/04/98 | [Re: DEF 1] JKS Order denying motion [PETITION] for expedited release of property for drug related offense (155-1) . |
| 158 - 1 | 11/19/98 | USM Return on writ of execution as to PFD unexecuted w/att exhs. |
| 159 - 1 | 12/08/98 | DEF 1 motion to withdraw as counsel w/att aff cnsl. |
| 159 - 2 | 12/30/98 | [Re: DEF 1] JKS Order granting motion to withdraw as counsel (159-1). cc: USA, Walker, C. Braswell |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                                    "USA V CYRUS D.A. BRASWELL"
```

---

```
                                    For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| 160 - 1 | 12/31/98 | [Re: DEF 1] Copy of Order from 9CCA GRANTING mtn of appellant's appointed cnsl to withdraw; Walker relieved as cnsl; GRANTING appellant's mtn for appointment of cnsl; FPD to appoint cnsl; new cnsl to designate reporter's transcript by 02/01/99; transcript due 03/03/99; appellant's opening brief due 04/12/99; appellee's answering brief due 05/12/99. cc: FPD. 98-30198. |
| 161 - 1 | 03/04/99 | [Re: DEF 1] Transcript re: def's expedited mot for w/d and substitution of cnsl held 4/21/98. [located in expando] |
| 162 - 1 | 03/04/99 | {SEALED} |
| 163 - 1 | 03/04/99 | [Re: DEF 1] Transcript re: evidentiary hrg held 4/28/98. [located in expando] |
| 164 - 1 | 03/04/99 | [Re: DEF 1] Transcript re: show cause hearing held 6/4/98. [located in expando] |
| 165 - 1 | 03/04/99 | [Re: DEF 1] Transcript [partial] re: IOS held 6/5/98. [located in expando] |
| 166 - 1 | 03/04/99 | [Re: DEF 1] Transcript [partial] re: ARR Indictment/detention hrg held 6/20/98. [located in expando] |
| 167 - 1 | 03/04/99 | [Re: DEF 1] Transcript re: hrg re: def's mot on shortened time for w/d of cnsl. [located in expando] |
| 168 - 1 | 03/15/99 | [Re: DEF 1] CJA payment to Dept of Interior for copying transcripts of trial & sentencing in amount of $47.88. |
| 169 - 1 | 03/15/99 | [Re: DEF 1] CJA payment to Secretarial Assistance Svc for transcript of trial & sentencing & certain hearings in amount of $1,386.00. |
| 170 - 1 | 03/15/99 | [Re: DEF 1] CJA payment to Secretarial Assistance Svc for transcripts of arraignment & detention hearing on 06/23/97 in amt of $76.00. |
| 171 - 1 | 04/09/99 | Return of subpoenas in a CR case. |
| 172 - 1 | 06/09/99 | [Re: DEF 1] cy 9CCA Certificate of Record. (143B-1) cc: cnsl, 9CCA (orig) |
| 173 - 1 | 11/08/99 | DEF 1 motion for judgment of acquittal after guilty verdict or in the alternative for a new trial. |
| 174 - 1 | 11/08/99 | [Re: DEF 1] JKS Order denying motion for judgment of acquittal after guilty verdict or in the alternative (173-1). cc: USA, S. Orlansky, MJ Branson |
| 175 - 1 | 11/29/99 | DEF 1 appeal to 9CCA of (174-1) filed 11/08/99. cc: cnsl, Braswell, Judge, 9CCA |
| 176 - 1 | 12/10/99 | Cy 9CCA Time Schedule Order. (175-1) cc: cnsl, Braswell, 9CCA (orig) |
| NOTE - 4 | 01/13/00 | Notation (re: Appeal): Lodged copy of Appellant's Pro Se Amended Supplemental Brief to 9CCA. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                          "USA V CYRUS D.A. BRASWELL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  5 | 01/28/00 | Transmittal: Forwarded D.C. record to 9CCA consisting of (6) Vols original clerk's file; (3) brown expanding folders containing (13) transcripts. |
| 177 -  1 | 05/22/00 | DEF 1 motion for change of venue to another district or in the alternative a motion for a new trial w/att memo & aff, & exh. |
| 178 -  1 | 05/25/00 | DEF 1 motion (renewed petition) for expedited release of property for drug related offense w/att memo, aff & exh. |
| 179 -  1 | 06/05/00 | DEF 1 motion for judgment of acquittal after discharge of jury or in the alternative mot for arrest of judgment w/att memo, aff, & exh. |
| 180 -  1 | 06/07/00 | [Re: DEF 1] JKS Order denying motion for change of venue to another district or in the alternative a motion (177-1), motion (renewed petition) for expedited release of property for drug related (178-1), motion for judgment of acquittal after discharge of jury or in the (179-1) w/o prejudice to their refiling once this Court has jurisdiction to consider them. cc:USA, C. Braswell, S. Orlansky |
| 181 -  1 | 06/27/00 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (175-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Singleton |
| NOTE -  6 | 07/20/00 | Notation (re: Appeal): Entire record consisting of (6) Vols original clerk's file; (3) brown expanding folders containing (13) transcripts received from 9CCA. |
| 182 -  1 | 08/08/00 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (143B-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Singleton. |
| 183 -  1 | 09/06/00 | DEF 1 motion for judgment of acquittal after discharge of jury or in the alternative mot for arrest of judgment w/att memo, aff, & exh. |
| 184 -  1 | 09/06/00 | DEF 1 motion for a change of venue to another district or in the alternative a mot for re-instatement w/att memo, exh, & aff. |
| 185 -  1 | 09/06/00 | DEF 1 motion for change of venue to another district or in the alternative a motion for a new trial w/att memo, aff & exh. |
| 186 -  1 | 09/06/00 | DEF 1 motion (renewed petition) for expedited release of property for drug related offense memo, aff,& exh. |
| 187 -  1 | 10/10/00 | [Re: DEF 1] JKS Order denying motion for judgment of acquittal after discharge of jury or in the (183-1), motion for a change of venue to another district or in the alternative a (184-1), motion for change of venue to another district or in the alternative a (185-1), motion (renewed petition) for expedited release of property for drug related (186-1). Braswell should understand that his case is on appeal & thereforeany further filings by him should in in the appellate court. cc: USA, C. Braswell |
| 188 -  1 | 11/07/00 | DEF 1 appeal to 9CCA of (187-1) filed 10/10/00. cc: cnsl, Braswell, Judge, 9CCA |
| NOTE -  7 | 11/28/00 | Transmittal: Forwarded notice of appeal (188-1) to 9CCA. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 189 - 1 | 11/28/00 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (188-1) cc: cnsl, Braswell, 9CCA (orig) |
| 190 - 1 | 11/28/00 | [Re: DEF 1] cy 9CCA Certificate of Record. (188-1) cc: cnsl, Braswell, 9CCA (orig) |
| 191 - 1 | 12/17/01 | DEF 1 motion to dismiss Indictment w/att memo & exhs. |
| 192 - 1 | 01/07/02 | DEF 1 motion for an order dismissing the indictment w/att memo and aff. |
| 193 - 1 | 01/07/02 | DEF 1 motion (emergency) to the district court for release on personal recognizance or bail pending appeal w/att memo and aff. |
| 194 - 1 | 01/08/02 | [Re: DEF 1] JKS Order denying mot (emergency) to the district crt for release on personal recognizance (193-1); terminating in light of this order as this crt lacks jurisdiction: mot for an ord dismissing Indt (192-1); striking mot to dismiss Indt for lack of original signature (191-1); DEF 1 must file all further pleadings w/9CCA while his case is on appeal. cc: USA, C. Braswell, PSLC, S. Orlansky |
| NOTE - 8 | 01/24/02 | Transmittal: Forwarded D.C. record to 9CCA consisting of 8 original vol; 2 sealed vol; 3 expando w/transcripts. |
| 195 - 1 | 01/25/02 | DEF 1 appeal to 9CCA of (194-1) filed 01/08/02. cc:USA, C. Braswell, USP, USM, Judge Singleton, 9CCA |
| NOTE - 9 | 01/28/02 | Transmittal: Forwarded notice of appeal (195-1) to 9CCA. |
| 196 - 1 | 01/28/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (195-1) cc:USA, C. Braswell, Judge Singleton, 9CCA (original) |
| NOTE - 10 | 02/06/02 | Notation (re: Appeal): receipt from 9CCA that they received 8 volumes (original) 3 expando files & 2 sealed. |
| 197 - 1 | 02/20/02 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (195-1) that the is dismissed. cc: USA, C. Braswell, Judge Singleton |
| 198 - 1 | 03/15/02 | [Re: DEF 1] 9CCA Judgment re: notice of appeal (195-1) that the appeal is dismissed for lack of jurisdiction. cc: C. Braswell, USA, Judge Singleton |
| 199 - 1 | 04/16/02 | [Re: DEF 1] Copy of Order from 9CCA that the USDC is requested to make this determination at its earliest convenience and to forward to this court a copy of its order setting forth the basis for its determination. The proceedings in this court are held in abeyance pending the district court's determination. (188-1) cc:USA, C. Braswell, Judge Singleton |
| NOTE - 11 | 04/22/02 | Notation (re: Appeal): forwarded USDC orde re: 9CCA order at dkt #199. |
| 200 - 1 | 04/22/02 | [Re: DEF 1] JKS Minute Order that by 5/24/02 def to deliver to the prison authorities his response to this order showing cause, if he can, why his delay in flg a notice of appeal to this crt's order of 10/10/00, until 11/1/00, should be deemed excusable neglect; failure to timely respond shall be deemed an abandonment of the appeal & the 9CCA will be so informed w/o further notice to the parties. cc: USA, C. Braswell, appeals clerk |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                                  "USA V CYRUS D.A. BRASWELL"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 201 - 1 | 05/14/02 | DEF 1 Response to Order to show cause (dkt #200) w/att exh. |
| NOTE - 12 | 05/23/02 | Notation (re: Appeal): forwarded order at dkt #202 to 9CCA. |
| 202 - 1 | 05/23/02 | [Re: DEF 1] Order by USDC that Braswell should be found to have shown excusable neglect at least up to 10/31/00, and given the difficulties faced by a prisoner representing himself pro se, his appeal filed on 11/7/00, should be found to be timely and his appeal allowed to proceed (188-1). cc: USA, C. Braswell, 9CCA, Judge Singleton |
| 203 - 1 | 01/21/03 | DEF 1 motion (second) emergency motion to the District Court for release on personal recognizance or bail pending appeal w/att memo & aff. |
| 203 - 2 | 01/22/03 | [Re: DEF 1] JKS Order denying mot (second) emergency mot to the District Court for release on personal recognizance or bail pending appeal (203-1). cc: cnsl |
| 204 - 1 | 02/03/03 | DEF 1 appeal to 9CCA of (203-2) filed 01/22/03. cc:C. Braswell, cnsl, Judge Singleton, 9CCA |
| NOTE - 13 | 02/04/03 | Transmittal: Forwarded notice of appeal (204-1) to 9CCA. |
| 205 - 1 | 02/04/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (204-1) cc: C. Braswell, USA, Judge Singleton, 9CCA (original), ECR |
| 206 - 1 | 02/14/03 | DEF 1 Transcript Designation/Order Form re: notice of appeal (204-1) transcripts ordered. cc:ecr, Judge Singleton |
| 207 - 1 | 02/21/03 | [Re: DEF 1] Copy of Order from 9CCA. (204-1)   Appellant's appeal is dismissed for lack of jurisdiction because the order in this appeal must be challenged in the context of the appeal in case no. 00-30370. cc: C. Braswell, M. Rosenbaum (AUSA), Judge Singleton |
| 208 - 1 | 04/01/03 | [Re: DEF 1] Copy of Order from 9CCA cae is dismissed. (204-1) cc:cnsl,C. Braswell, Judge Singleton |
| 209 - 1 | 04/01/03 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (204-1) that this appeal is dismissed. cc: cnsl, Judge Singleton, C. Braswell |
| 210 - 1 | 05/13/03 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (188-1) that the district court's decision is AFFIRMED w/att memo. cc:USA, C. Braswell, Judge Singleton |
| 211 - 1 | 05/19/03 | DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody. |
| 212 - 1 | 05/28/03 | [Re: DEF 1] JKS Order directing svc & response that def must file a req for crt-appointed cnsl and finacial aff or notice of intent to proceed w/out cnsl by 06/23/03; US Atty to file ans or responsive pleading by 07/23/03, unless def is appointed a lawyer; either party may make a mot for an evid hrg w/in 30 days after ans; matter referred to MJ Branson under LMR4(5). cc: cnsl |
| 213 - 1 | 06/16/03 | DEF 1 motion for appointment of counsel w/att exhs. |
| 214 - 1 | 06/18/03 | [Re: DEF 1] AHB Minute Order granting motion for appointment of counsel (213-1).  The FPD is directed to appt cnsl. cc: cnsl, FPD CJA Clerk |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | (w/copy of 2255 motion) |
| 215 - 1 | 06/19/03 | [Re: DEF 1] AMENDED AHB Minute Order re FPD to appoint CJA cnsl; cnsl to confer w/def & file an amended 2255 or notice of none due 7/21; USA answer due 8/21. cc: USA, C. Braswell, FPD CJA Clerk |
| 216 - 1 | 06/24/03 | DEF 1 Attorney Appearance of John C. Pharr. |
| 217 - 1 | 06/30/03 | [Re: DEF 1] CJA appointment of J. Pharr. |
| 218 - 1 | 07/23/03 | DEF 1 motion to accept late filed motion for extension of time to file amended §2255 w/att mot for ext of time. |
| 219 - 1 | 07/25/03 | [Re: DEF 1] AHB Order granting motion to accept late filed motion for extension of time to file amended §2255 (218-1). cc: USA, J. Pharr |
| 220 - 1 | 07/25/03 | DEF 1 motion for 30 day ext of time to file amended 2255. |
| 221 - 1 | 07/25/03 | [Re: DEF 1] AHB Order granting motion for 30 day ext of time to file amended 2255 (220-1); Amended 2255 due 8/22; govt's answer due 9/22. cc: USA, J. Pharr |
| 222 - 1 | 08/04/03 | [Re: DEF 1] AHB Minute Order that clerk is to return def's letter to him.  Def is instructed that while he is represented by cnsl he is not to file pleadings with the crt, pursuant to LR 83.1.  Def is instructed that his communications with his cnsl should be kept confidential adn copies of his communication with his cnsl should not be filed with the court. cc: USA, J. Pharr, C. Braswell (w/letter) |
| 223 - 1 | 08/25/03 | DEF 1 motion for thirty day extension of time to file amended §2255 w/att aff. |
| 224 - 1 | 08/26/03 | [Re: DEF 1] AHB Order granting motion for thirty day extension of time to file amended §2255 (223-1); amended pet due 9/24/03; govt's answer due 10/24/03. cc: USA, J. Pharr |
| 225 - 1 | 08/27/03 | [Re: DEF 1] PLF 1 Attorney Substitution R. Pomeroy (AUSA) for M. Rosenbaum (AUSA). |
| 226 - 1 | 08/27/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for thirty day extension of time to file amended §2255 (223-1). |
| 227 - 1 | 09/25/03 | {SEALED} |
| NOTE - 14 | 09/29/03 | Notation (re: Appeal): received from 9CCA 8 volumes, 2 sealed volumes and 3 expandos. |
| 228 - 1 | 09/30/03 | [Re: DEF 1] AHB Minute Order that hrg re: mot to w/draw (227-1) is set 10:00 a.m., 10/15/03. cc: USA, J. Pharr, USM |
| 229 - 1 | 10/15/03 | [Re: DEF 1] AHB Order granting motion to withdraw and establish new due date for amended 2255 (shortened tim (227-1). cc: USA, J. Pharr, FPD (CJA Clerk) |
| 230 - 1 | 10/15/03 | [Re: DEF 1] AHB Order establishing 1/12/04 as new due date for amended 2255. cc: USA, FPD (CJA Clerk) |
| 231 - 1 | 10/15/03 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 232 - 1 | 10/16/03 | [Re: DEF 1] AHB Minute Order that stat conf is set 10/30/03 at 2:00 p.m. cc: USA, M. Ahearn |
| 233 - 1 | 10/23/03 | [Re: DEF 1] CJA appointment of M. Ahearn. |
| 234 - 1 | 10/31/03 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of stat conf (held 10/30/03); amended 2255 due 2/23/04; response due 4/16/04; reply due 5/17/04.  cc: USA, M. Ahearn |
| 235 - 1 | 12/12/03 | DEF 1 Notice of intent to proceed w/o counsel. |
| 236 - 1 | 12/29/03 | [Re: DEF 1] AHB Minute Order re clerk to foward a cy of #235 to cnsl for def, M. Ahearn. cc: USA, M. Ahearn w/cy of #235 |
| 237 - 1 | 01/27/04 | [Re: DEF 1] AHB Minute Order that clerk is directed to accept for filing 1/13/04 correspondence from def; crt will deem dkt 235 as mot to w/draw cnsl which is GRANTED; def shall proceed pro se; all further orders to be served on def; ddlns set for in stat conf remain set; amended 2255 due 2/23/04; response due 4/16/04; reply due 5/17/04; def to comply w/crt rules when submitting docs to crt; all pleading to be maild to office of clerk and not chambers; def shall not caption of case as USA V Cyrus Braswell A97-0068 CR (JKS) w/att 1/13/04 correspondence.  cc: USA, M. Ahearn, Def, FPD (CJA Clerk) |
| 238 - 1 | 01/27/04 | DEF 1 motion of CJA cnsl for leave to withdraw. |
| 239 - 1 | 01/29/04 | DEF 1 motion for bond or in the alternative motion for evidentiary hearing. |
| 240 - 1 | 02/02/04 | [Re: DEF 1] AHB Minute Order denying as moot re: motion of CJA cnsl for leave to withdraw (238-1). cc: USA, M.Ahearn, C. Braswell, FPD (CJA Clerk) |
| 241 - 1 | 02/09/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bond or in the alternative motion for evidentiary hearing. (239-1). |
| 242 - 1 | 02/09/04 | DEF 1 motion for return w/att aff. |
| 243 - 1 | 02/24/04 | [Re: DEF 1] AHB Minute Order denying motion for bond or in the alternative motion for evidentiary hearing (239-1), motion for return (242-1); def to refrain from filing any further pleadings in the form of "letters"; all correspondence w/this crt shall be filed w/clerk of crt in proper mot practice or they will be returned; clerk to lodge 2/6 and 2/17/04 letters.  cc: USA, Def |
| 244 - 1 | 03/05/04 | DEF 1 reply to opposition to DEF 1 motion for bond or in the alternative motion for evidentiary hearing. (239-1). |
| 245 - 1 | 03/05/04 | DEF 1 Appeal from Magistrate Judge's Order at dkt # 243. cc: R. Pomeroy, C. Braswell, Judge Singleton, Magistrate Judge Branson |
| 246 - 1 | 03/10/04 | [Re: DEF 1] Clerk's Notice that an appeal to USDC Judge re: appeal of order dkt 243 has been filed; all futher filings re: appeal shall bear case # A97-0068CR (JKS).  DEf has 10 days from receipt of this notice to order transcript or tape. A copy of such request must be filed with the court, fid def has not ordered a trancript or tape w/i 10 days the record of appeal shall be deemed complete for appeal purposes.  To order |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
                              "USA V CYRUS D.A. BRASWELL"
```

|  | | For all filing dates |
|---|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| | | transcript or tape def is to complete trancript or tape order form as well as transcript designation form to the court.  Once the record on appeal is complete a clerk's notice certifying the record will be forwarded to the parties designating the time for the filing of appeal briefs. cc: R. Pomeroy, C. Braswell |
| 247 - 1 | 03/22/04 | [Re: DEF 1] PLF 1 motion for extension of time (to 6/14/04) to file response to petition. |
| 248 - 1 | 03/26/04 | DEF 1 Transcript Designation Form. cc: ECR w/transcript form |
| 249 - 1 | 03/31/04 | [Re: DEF 1] AHB Minute Order granting motion for extension of time (to 6/14/04) to file response to petition (247-1); plf's response to pet (dkt 211) due 6/14/04; def's reply due 6/30/04.  cc: USA, C. Braswell |
| 250 - 1 | 04/02/04 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion for extension of time (to 6/14/04) to file response to petition (247-1). |
| 251 - 1 | 04/07/04 | {SEALED} |
| 251 - 2 | 04/08/04 | {SEALED} |
| 252 - 1 | 04/16/04 | DEF 1 motion for appointment of counsel w/att fin aff. |
| 253 - 1 | 04/16/04 | DEF 1 motion to appoint defendant as co-counsel w/att memo/aff. |
| 254 - 1 | 04/21/04 | DEF 1 motion for order authorizing U.S. District Court to provide defendant with copies. |
| 255 - 1 | 05/04/04 | [Re: DEF 1] PLF 1 opposition (suggestion in response) to DEF 1 motion for appointment of counsel  (252-1). |
| 256 - 1 | 05/19/04 | [Re: DEF 1] AHB Minute Order denying motion for appointment of counsel (252-1), motion to appoint defendant as co-counsel (253-1), motion for order authorizing U.S. District Court to provide defendant with co (254-1); govt's response to 2255 pet due 6/14/04; def's reply due 6/30/04; further continuances based on frivolous mot practice will not be viewed in favorable light.  cc: USA, C. Braswell |
| 257 - 1 | 05/20/04 | DEF 1 reply to opposition to DEF 1 motion for appointment of counsel (252-1). |
| 258 - 1 | 06/15/04 | [Re: DEF 1] PLF 1 motion for ext of time (to 6/21) to respond to def's amended 2255. |
| 259 - 1 | 06/16/04 | [Re: DEF 1] AHB Order granting motion for ext of time (to 6/21) to respond to def's amended 2255 (258-1).  Def's reply due 7/7/04. cc:USA, C. Braswell |
| 260 - 1 | 06/21/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody. (211-1) |
| 261 - 1 | 07/12/04 | DEF 1 reply to opposition to DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody. (211-1). |
| 262 - 1 | 09/07/04 | DEF 1 motion for bond or in the alternative motion for an evidentiary hearing |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 15 | 09/08/04 | Notation (re: Appeal): forwarded appeal to 9CCA w/cy of Clerk's Notice |
| 245 - 2 | 09/08/04 | DEF 1 appeal to 9CCA of (243-1) filed 02/24/04. This appeal was originally filed on 3/5/0. cc:USA, C. Braswell, Magistrate Judge Branson, 9CCA |
| 263 - 1 | 09/08/04 | [Re: DEF 1] Clerk's Notice that the 9CCA directed this court to file the Notice of Appeal at dkt # 245 (3/5/04) as an Appeal to USDC Judge of a MJ's Order.  On 9/8/04 this crt was notified by the 9CCa to file the appeal at 245 as a Notice of Appeal before the 9CCA. cc: cnsl, Magistrate Judge Branson, 9CCA |
| 264 - 1 | 09/20/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (245-2). No transcripts ordered. |
| 265 - 1 | 09/21/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (245-2) cc: C. Braswell, USA, Magistrate Judge Branson, 9CCA (original) |
| 265A- 1 | 10/12/04 | DEF 1 motion under 18 USC:3582(c) w/att exhs. |
| 266 - 1 | 10/13/04 | [Re: DEF 1] AHB Minute Order denying motion for bond or in the alternative motion for an evidentiary hearing (262-1).  cc: USA, Def |
| 267 - 1 | 10/29/04 | Initial R&R recommends DENYING re: DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody. (211-1). Objections due 11/12/04. Reply due 11/22/04. cc: USA, C. Braswell, Judge Singleton |
| 268 - 1 | 11/09/04 | [Re: DEF 1] JKS Order denying motion under 18 USC:3582(c) (265A-1). cc: USA, C. Braswell, MJ Branson |
| 269 - 1 | 11/15/04 | DEF 1 objection to R&R re: DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody. (211-1). |
| 270 - 1 | 11/22/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody (211-1). |
| 271 - 1 | 11/23/04 | DEF 1 appeal to 9CCA of (268-1) filed 11/09/04. cc: USA, C. Braswell, Judge Singleton, 9CCA |
| NOTE - 16 | 11/30/04 | Transmittal: Forwarded notice of appeal (271-1) to 9CCA. |
| 272 - 1 | 11/30/04 | [Re: DEF 1] Copy of Order from 9CCA (245-2) appeal is dismissed for lack of jurisdiction cc: USA, C. Braswell, Judge Singleton |
| 273 - 1 | 11/30/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (271-1) cc: USA, C. Braswell, Judge Singleton, 9CCA (original) |
| 274 - 1 | 11/30/04 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (245-2) is dismissed fro lack of jurisdiction. cc: C. Braswell, Judge Singleton, USA, MJ Branson |
| 275 - 1 | 12/01/04 | Final R&R re: Court declines to modify its recommendation filed at dkt 267 re DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody (211-1).  cc: AUSA, C. Braswell, Judge Singleton |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0068--CR (JKS)
"USA V CYRUS D.A. BRASWELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 276 - 1 | 12/07/04 | [Re: DEF 1] JKS Order denying motion under 28 USC 2255 to vacate, set aside, or correct sentence (211-1). cc: USA, C. Braswell, MJ Branson |
| 277 - 1 | 12/07/04 | [Re: DEF 1] Judement that def's 28:2255 is dismissed w/prejudice. cc: USA, C. Braswell, MJ Branson |
| 278 - 1 | 12/17/04 | DEF 1 reply to MJ Final R&R 3re: DEF 1 motion under 28 USC 2255 to vacate, set aside, or correct sentence by a person in federal custody. (211-1) |
| 279 - 1 | 12/22/04 | DEF 1 appeal to 9CCA of (276-1) filed 12/07/04, (277-1) filed 12/07/04. cc: USA, C. Braswell, Judge Singleton, 9CCA |
| NOTE - 17 | 12/28/04 | Transmittal: Forwarded notice of appeal (279-1) to 9CCA. |
| NOTE - 18 | 01/13/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 10 VOL, 1 SEALED DKT#;S 13,19,56,78,79,82,113,126,162,227 VOL AND 3 EXPANDOS DKT#'S 109,110,111,112,114,115,116,161,163, 164,165,166,167. |
| NOTE - 19 | 01/28/05 | Notation (re: Appeal): mot for lv to  proceed in the forma pauperis w/att forwarded to 9CCA. |
| 280 - 1 | 01/28/05 | [Re: DEF 1] Copy of Order from 9CCA re: petiton for writ of mandamus filed with 9CCA # 04-75310.  The petition is denied. cc:USA, C. Braswell, Judge Singleton |
| NOTE - 20 | 05/31/05 | Notation (re: Appeal): Received D.C. record from 9CCA consisting of 10 VOL, 1 SEALED DKT#;S 13,19,56,78,79,82,113,126,162,227 VOL AND 3 EXPANDOS DKT#'S 109,110,111,112,114,115,116,161,163,164,165,166,167. |
| 281 - 1 | 10/28/05 | [Re: DEF 1] 9CCA Final Order re: notice of appeal (271-1) that the appellant's mot for vol dismissal is granted.  This appeal is dismissed. The cert cy of this order sent to the district court shall constitute the mandate. cc: USA, C. Braswell, Judge Singleton |