UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: February 6, 2007

To: United States Court of Appeals           ATTN: () CIVIL
    For the Ninth Circuit
    Office of the Clerk                              (XX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103           ()JUDGE

From:  Robin M. Carter
       U.S. District Court
       222 W. 7th Ave., #4
       Anchorage, AK  99513

DC No: 3:97-cr-00068-JKS           Appeal No: 05-35009

Short title: USA vs. Braswell

Composition of Record

Clerk's Files in  10  volumes        (XX) original  () certified copy

    Bulky docs. ____ volumes, docket # _____
                           (folders)

Reporter's   in  3  volumes   (XX) original  ()certified copy
Transcripts   Docket # 161,163, 164, 165, 166, 167, 109, 110, 111, 112, 114, 115, 116

Exhibits:    in _____ envelopes   () under seal

         in _____ boxes       () under seal

Other: NOTE: Documents 282 and 283 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)


Acknowledgement:_____ Date:_____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: February 6, 2007

To: United States Court of Appeals     ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                  (XX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      ( )JUDGE

From: Robin M. Carter
      U.S. District Court
      222 W. 7th Ave., #4
      Anchorage, AK 99513

DC No: 3:97-cr-00068-JKS            Appeal No: 05-35009

Short title: USA vs. Braswell

Composition of Record

Clerk's Files in 10 volumes      (XX) original  ( ) certified copy

    Bulky docs. ___ volumes, docket # ___
                       (folders)

Reporter's in 3 volumes  (XX) original  ( )certified copy
Transcripts     Docket # 161,163, 164, 165, 166, 167, 109, 110, 111, 112, 114, 115, 116

Exhibits:    in ____ envelopes  ( ) under seal

           in ____ boxes     ( ) under seal

Other: NOTE: Documents 282 and 283 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)

Acknowledgement: _____  Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: February 6, 2007

To: United States Court of Appeals      ATTN: ( ) CIVIL
     For the Ninth Circuit
     Office of the Clerk      (XX) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103      ( )JUDGE

From: Robin M. Carter
     U.S. District Court
     222 W. 7th Ave., #4
     Anchorage, AK  99513

DC No: 3:97-cr-00068-JKS      Appeal No: 05-35009

Short title: USA vs. Braswell

Composition of Record

Clerk's Files in 10 volumes      (XX) original  ( ) certified copy

     Bulky docs. _____ volumes, docket # _____
         (folders)

Reporter's in 3 volumes      (XX) original  ( )certified copy
Transcripts      Docket # 161,163, 164, 165, 166, 167, 109, 110, 111, 112, 114, 115, 116

Exhibits:   in _____ envelopes      ( ) under seal

         in _____ boxes      ( ) under seal

Other: NOTE: Documents 282 and 283 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)


Acknowledgement: _____      Date: _____
"record.app" [11/21/97]