UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

**RECEIVED SEP 2 0 2007**
**CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

Date: February 6, 2007

To: United States Court of Appeals
    For the Ninth Circuit
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

ATTN: ( ) CIVIL
(XX) CRIMINAL
( ) JUDGE

**FILED FEB 1 3 2007 CATHY A. CATTERSON, CLERK**

From: Robin M. Carter
      U.S. District Court
      222 W. 7th Ave., #4
      Anchorage, AK 99513

DC No: 3:97-cr-00068-JKS          Appeal No: 05-35009

Short title: USA vs. Braswell

Composition of Record

Clerk's Files in 10 volumes        (XX) original ( ) certified copy

Bulky docs. ___ volumes, docket # ___
                (folders)

Reporter's in 3 volumes   (XX) original ( ) certified copy
Transcripts  Docket # 161, 163, 164, 165, 166, 167, 109, 110, 111, 112, 114, 115, 116

Exhibits:   in ___ envelopes   ( ) under seal

            in ___ boxes       ( ) under seal

Other: NOTE: Documents 282 and 283 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)
(please note any documents filed under seal)

Acknowledgement: _____  Date: 2/13/07
"record.app" [11/21/97]