UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
NOV 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CYRUS D.A. BRASWELL,<br><br>Defendant - Appellant. | No. 05-35009<br><br>D.C. Nos. CV-03-00111-JKS<br>            CR-97-00068-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |



RECEIVED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: O'SCANNLAIN, TASHIMA, and BERZON, Circuit Judges.

The panel has unanimously voted to deny the petition for rehearing. The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and the petition for rehearing en banc are DENIED.

The Second Motion for Extension of Time is DENIED as moot.