IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA

        Plainfiff,

vs.

CYRUS D.A. BRASWELL

        Defendant.
_____/

Case No.# A97-0068 Cr. (JKS)

RECEIVED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Clerk of Court
Federal Building and U.S Courthouse
222 West Seventh Avenue, Room 253,#9
Anchorage, Alaska 99513-7567

Attn, Clerk of Court,

    On June 16th 1998, I Cyrus Braswell, was sentenced in the federal district court of alaska, at anchorage, Case No.# A97-0068 Cr. I believe that I am eligible to be resentenced, under the New Amended Cocaine Base Guidelines, which will be made retroactives On March 3rd 2008.

    I cannot afford to hire an attorney a completed financial Affidavit is enclosed. I am respectfully requesting that the Court Appoint Counsel to represent me.

RESPECTFULLY SUBMITTED

_Cyrus D.A Braswell_
MR. CYRUS D.A BRASWELL

F.C.I PEKIN,
P.O BOX 5000
PEKIN, ILLINOIS
61555

CC: District Attorney Office
    222 W. 7th Ave #9
    Anchorage, Alaska
    99513-7567



Mr. Cyrus D.A. Braswell
Reg. Nu. #13356-006
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois
61555-5000

PEORIA IL 616
20 FEB 2008 PM 2 T

Clerk of Court, Federal Building
United States Courthouse
222 West Seventh Ave, Rm 253 #9
Anchorage, Alaska
99513-7567

FCI PEKIN
FEB 20 '08
INMATE SYSTEMS

Legal Mail