IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CYRUS D.A. BRASWELL,<br><br>Defendant. | Case No. 3:97-cr-00068-JKS<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On February 22, 2008, Cyrus Braswell, representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1] As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket Nos. 288, 289.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3] Since that case was decided, it has been determined that the Guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of docket numbers 288 and 289, along with this Order.

2. Mr. Braswell's application for appointment of counsel, at docket number 288, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Braswell in this case, for the purposes of filing a motion under section 3582(c).

3. Counsel for Mr. Braswell shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within 60 days from the date of this Order.

4. The Government is permitted to file a response within 60 days from the time counsel for Mr. Braswell files the motion.

---

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

5. Counsel for Mr. Braswell may file a reply within 30 days of the filing of the response.

6. A date for imposition of re-sentencing is set for August 27, 2008, at 10:00 a.m. in Courtroom 4.

DATED this 25th day of March 2008, at Anchorage, Alaska.

/s/JAMES K. SINGLETON, JR.
United States District Judge