Darla J. Mondou
CJA Appellate Counsel
For the District of Alaska
11201 N. Anway Road
Marana, AZ 85653
(520) 682-5535

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br> )<br> )<br>v. )<br> )<br> )<br> )<br>CYRUS D. A. BRASWELL )<br> )<br> ) | Case No: 3:97-cr-00068<br><br><br><br>REQUEST FOR PERMISSION TO<br>OBTAIN COPY OF SEALED<br>PRESENTENCE REPORT FOR<br>RESENTENCING MOTION |

NOW COMES counsel for Mr. Braswell, and requests this Honorable Court allow the Clerk's Office to provide her a copy of the Presentence Investigative Report and any and all addendums thereto prepared for sentencing of Mr. Braswell in 1998.  The report was filed on January 30, 1998.  This counsel is cognizant that the report is confidential and will adhere to the strictures inherent in a sealed report. As Mr. Braswell is seeking resentencing, this counsel cannot adequately and thoroughly review the merits his claim without reviewing the report.

1

**DATED this 27th day of March,**

    **Respectfully submitted,**

    **s/ Darla J. Mondou**
    **11201 N. Anway Road**
    **Marana, AZ 85653-9022**
    **Phone: (520) 682-5535**
    **FAX:   (707) 276-1158**
    [darlalaw@aol.com](mailto:darlalaw@aol.com)
    **CJA Panel, Alaska**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2008, copies of the foregoing Request for Presentence Investigative Report was served electronically via the district court's CM/ECF filing system.