UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|     Plaintiff | ) |
| | ) Case No: 3:97-cr-00068 |
| | ) |
|     v. | ) |
| | ) |
| | ) |
| | ) PROPOSED ORDER ON |
| **CYRUS D. A. BRASWELL** | ) REQUEST FOR COPY OF |
| | ) PRESENTENCE |
|     Defendant/Petitioner | ) INVESTIGATIVE REPORT |
| | ) |
| | ) |
| | ) |

The Defendant/Petitioner's Request For Permission to Obtain Copy of Sealed Presentence Investigative Report, filed at docket entry 291 is hereby:

GRANTED:_____

DENIED: _____

_____
**Judge James K. Singleton, Jr.
United States District Judge**

Dated:_____