NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  3:97-cr-068-JKS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY |
| vs. | ) | APPEARANCE |
| | ) | |
| CYRUS D.A. BRASWELL, | ) | |
| Defendant. | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Retta-Rae Randall now appears as counsel for the for United States of America in the above-entitled action.

The government requests that pleadings in the above-entitled action be sent to:

>RETTA-RAE RANDALL
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Rm. 253
>Anchorage, Alaska  99513-7567
>Phone: 907-271-5071
>Fax: 907-271-1500
>Email: rettarae.randall@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Richard L. Pomeroy now

//

//

//

//

//

//

that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 3rd day of April, 2008 at

Anchorage, Alaska.

                                        NELSON P. COHEN
                                        United States Attorney

                                        s/ Retta-Rae Randall
                                        RETTA-RAE RANDALL
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-3668
                                        Fax: (907) 271-1500
                                        E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on April 3, 2008,
a copy of the foregoing NOTICE was served
electronically through ECF on:

Darla J. Mondou

s/ Retta-Rae Randall