**Darla J. Mondou**
**CJA Appellate Counsel**
**For the District of Alaska**
**11201 N. Anway Road**
**Marana, AZ 85653**
**(520) 682-5535**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>**v.**<br><br><br>**CYRUS D. A. BRASWELL** | )<br>)<br>) Case No: 3:97-cr-00068<br>)<br>)<br>)<br>)<br>) NOTICE OF WITHDRAWAL OF<br>) MOTION TO OBTAIN<br>) PRESENTENCE REPORT<br>)<br>) |

   **NOW COMES counsel for Mr. Braswell, and hereby provides notice and intent to withdraw the motion docketed as number 292 in this case.**

   **DATED this 4th**[h] **day of April**

                        **Respectfully submitted,**

                        **s/ Darla J. Mondou**
                        **11201 N. Anway Road**
                        **Marana, AZ 85653-9022**
                        **Phone: (520) 682-5535**
                        **FAX:   (707) 276-1158**
                        **darlalaw@aol.com**
                        **CJA Panel, Alaska**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2008, copies of the foregoing Request for Presentence Investigative Report was served electronically via the district court's CM/ECF filing system.

Case 3:97-cr-00068-JKS    Document 295    Filed 04/04/2008    Page 3 of 3