**AMENDED CERTIFICATE OF SERVICE**
I hereby certify that on this 4th day of April, 2008, copies of the foregoing NOTICE OF WITHDRAWAL OF MOTION TO OBTAIN PRESENTENCE REPORT was served electronically via the district court's CM/ECF filing system on

**Retta-Rae Randall**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **s/ Darla J. Mondou**
    **11201 N. Anway Road**
    **Marana, AZ 85653-9022**
    **Phone: (520) 682-5535**
    **FAX:   (707) 276-1158**
    **darlalaw@aol.com**
    **CJA Panel, Alaska**