**Darla J. Mondou**
**CJA Appellate Counsel**
**For the District of Alaska**
**11201 N. Anway Road**
**Marana, AZ 85653**
**(520) 682-5535**

                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiff ) | |
| ) | Case No: 3:97-cr-00068 |
| ) | |
| v. ) | |
| ) | |
| ) | MOTION TO WITHDRAWAL |
| ) | AS COUNSEL FOR |
| **CYRUS D. A. BRASWELL** ) | DEFENDANT |
|     Defendant ) | |
| ) | |

    NOW COMES counsel and hereby moves to withdraw as counsel for Cyrus D.A. Braswell. As reasons therefore, counsel provides the attached affidavit and letter from Mr. Braswell.

        DATED this 21st day of April

                Respectfully submitted,

                s/ Darla J. Mondou
                11201 N. Anway Road
                Marana, AZ 85653-9022
                Phone: (520) 682-5535
                FAX:   (707) 276-1158
                darlalaw@aol.com
                CJA Panel, Alaska

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2008, a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL, AFFIDAVIT AND CLIENT'S REQUEST was served electronically via the district court's CM/ECF filing system on:

Retta-Rae Randall
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        s/ Darla J. Mondou
        11201 N. Anway Road
        Marana, AZ 85653-9022
        Phone: (520) 682-5535
        FAX:   (707) 276-1158
        darlalaw@aol.com
        CJA Panel, Alaska