UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiff** ) | |
| ) | Case No: 3:97-cr-00068 |
| ) | |
| **v.** ) | |
| ) | |
| ) | |
| ) | PROPOSED ORDER ON |
| **CYRUS D. A. BRASWELL** ) | MOTION TO WITHDRAW |
| ) | AS COUNSEL FOR |
| **Defendant/Petitioner** ) | CYRUS D.A. BRASWELL |
| ) | |
| ) | |
| ) | |

    Counsel's request for permission to withdraw from representation of the above named defendant is hereby:

        **GRANTED:**_____

        **DENIED:** _____


        _____

        Judge James K. Singleton, Jr.
        United States District Judge

**Dated:**_____