Cyrus D.A Braswell
Reg, Nu.#13356-006
F.C.I Pekin
P.O Box 5000
Pekin, Illinos
61555-5000

Attorney Darla J. Mondou
11201 N. Anway Road
Marana, Arizona
85653

cc; federal district court
clerk office anchorage
222 W.7th avenue, #4
anchorage, alaska 99513

Attorney Mondou,

I do not want any further legal assistance from your law office. I know that you are qualified for the job (resentencing hearing) however, I do have a Constitutional Right under the Sixth Amendment to represent myself before district court. Neither, You! nor the Federal Public defenders Office have the authority to decide where I may proceed pro-se. The Ninth Circuit Court of Appeals has granted full resentencing hearing under Booker, 543 U.S 220 76 Crl 251 (2005),/Hicks, 472 F.3d 1167,1170 (9th Cir 2007). They have also decided; In cases involving sentences imposed prior to U.S v. Booker, that must be remanded on plain-error review, A deft's, appeal of the district court's decision on remand may raise issues that were raised, but not decided, in the original appeal. see, Thornton, No.# 06-50597, (Jan 10th 2008). I received a Six point enhancement from Judge Singleton, plus I was sentence to (Crack Cocaine) not (Powder) as stated within your letter. I explained this to you over the telephone, all you needed to read was the sentencing transcript.

Please, attached this letter to your Motion to Withdraw. I know you are qualified for the job. However, I do not want or need an Attorney/Mediator to represent me at this resentencing hearing. Do Not file any Motion for Reduction on my behalf. I will deal with Judge Singleton on August 27 2008 myself. Thankyou, and please respect my choice,

April 11th 2008,                    Cyrus DA Braswell