Darla J. Mondou
CJA Appellate Counsel
For the District of Alaska
11201 N. Anway Road
Marana, AZ 85653
(520) 682-5535


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | Case No: 3:97-cr-00068 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | MOTION TO WITHDRAW |
| CYRUS D. A. BRASWELL | ) | |
| | ) | |

NOW COMES counsel for Mr. Braswell, and provides the

following in support of her motion to withdraw:

    1.  I accepted an appointment to represent Mr. Braswell
for resentencing purposes on March 24, 2008;

    2.  I previously represented Mr. Braswell on appeal of
the denial of his 28 U.S.C. § 2255 motion;

    3.  I have carefully and thoroughly reviewed the
pertinent documents for representing Mr. Braswell at
resentencing, including the Presentence Investigative
Report, and have determined that Mr. Braswell has viable
issues given that a quantity of the contraband for which he
was sentenced was in fact cocaine base;

    4.  On April 16th, 2008, I received a letter from Mr.
Braswell requesting that I withdraw to enable him to
represent himself at resentencing before this Honorable
Court;

1

5.  I spoke to Mr. Braswell via the telephone on April 18th, 2008, and discussed his desire to represent himself on resentencing, and advised him of the disadvantages of self presentation;

6.  Mr. Braswell informed me that he wants to argue the facts and law at resentencing in person, without the assistance of counsel;

7.  Therefore, this counsel moves to be allowed to withdraw from representation.

DATED this 21st day of April,
                    Respectfully submitted,

                    s/ Darla J. Mondou
                    11201 N. Anway Road
                    Marana, AZ 85653-9022
                    Phone: (520) 682-5535
                    FAX:   (707) 276-1158
                    darlalaw@aol.com
                    CJA Panel, Alaska

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008,

a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL,

AFFIDAVIT AND CLIENT'S REQUEST was served electronically

via the district court's CM/ECF filing system on:

Retta-Rae Randall
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

s/ Darla J. Mondou
11201 N. Anway Road
Marana, AZ 85653-9022
Phone: (520) 682-5535
FAX:   (707) 276-1158
darlalaw@aol.com
CJA Panel, Alaska