Darla J. Mondou
CJA Appellate Counsel
For the District of Alaska
11201 N. Anway Road
Marana, AZ 85653
(520) 682-5535


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | Case No: 3:97-cr-00068 |
| ) | |
| v. ) | |
| ) | |
| ) | MOTION FOR SENTENCE |
| ) | REDUCTION UNDER 18 |
| CYRUS D. A. BRASWELL ) | USC § 3582(c)(2) |
| Defendant ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____) | |


    CYRUS D. A. BRASWELL, through undersigned counsel of record,

hereby moves this Honorable Court to reduce the sentence imposed

in this matter on June 16, 1998.  Defendant seeks a two-level

reduction pursuant to the amended sentencing guidelines with

respect to crack cocaine.  The sentence imposed by this Honorable

Court is as

follows:

## 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE

(1-4) 400 months Imprisonment as to each of Cts 1s-4s to be served concurrently with each other and with term of Imprisonment imposed as to Cts 5s-7s and 9s; 60 months as to each of Cts 1s-4s to be served concurrently with each other and with term of Supervised Release imposed as to Cts 5s-7s and 9s; $100.00 Special Assessment as to each of Cts 1s-4s for a total of $400.00; $98,677.00 Fine

## 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

(5) 400 months Imprisonment to be served concurrently with term of Imprisonment imposed as to Cts 1s-4s, 6s-7s and 9s; 60 months Supervised Release to be served concurrently with term of Supervised Release imposed as to Cts 1s-4s, 6s-7s and 9s; $100.00 Special Assessment 1s-4s 21:856(a)(1) 21:856(a)(1)

## 21:856(a)(1)MAINTAINING A PLACE FOR DRUG TRAFFICKING

(6-7) 240 months Imprisonment as to each of Cts 6s and 7s to be served concurrently with term of Imprisonment imposed as to Cts 1s-5s and 9s; 36 months as to each of Cts 6s-7s to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1s-5s and 9s; $100.00

Special Assessment as to each of Cts 6s-7s for a total of $200.00

### 18:1957(a) MONEY LAUNDERING

(8) Dismissed

### 8:1957(a) MONEY LAUNDERING

(9s) 120 months Imprisonment to be served concurrently with term of Imprisonment imposed as to Cts 1s-7s; 36 months Supervised Release to be served concurrently with term of Supervised Release imposed as to Cts 1s-7s; $100.00 Special Assessment.

The presentence investigation report compiled for sentencing in 1998 placed Mr. Braswell in Criminal History Category II. With a combination of other factors, Mr. Braswell's final offense level was 40. Mr. Braswell was found responsible for 1942 grams of crack cocaine or cocaine base. The range of incarceration pursuant to the United States Sentencing Guideline Sentencing Table in effect at the time of sentencing encompasses 324 to 405 months. As shown above, Mr. Braswell was sentenced at the high end-400 months-indeed almost at the end, of that range.

Mr. Braswell now seeks a sentence resulting from the application of the November 7, 2007 and May 1, 2008 amendments to the Sentencing Guidelines relative to crack cocaine. See 18 U.S.C. § 3582(c)(2); 18 U.S.C. § 3553(a) U.S.S.G. §§ 1B1.10 and 2D1.1. As a modified sentence in this matter will not be imposed until after May 1, 2008, the April 16, 2008 amendments to the commentary to § 2D1.1 and policy statement § 1B1.10 will govern

this Court for re-sentencing.

On November 7, 2007, Amendment 706 altered the drug
quantity table set forth in U.S.S.G. § D1.1, lowering the base
offense level for offenses involving "cocaine base" or crack
cocaine by two levels.  Per the retroactive nature of the
amendment, Mr. Braswell's final offense level is now  level 38.
The range of incarceration at level 38, Criminal History Category
II is 262 to 327 months, which results in a 73 month reduction at
the very least.  Mr. Braswell submits the attached memorandum of
law in support of his request that this Honorable Court grant a
reduction of his sentence and impose a revised sentence at the
low end of the new offense level.  Mr. Braswell also requests
this Honorable Court grant a hearing on his motion.

DATED this 7th day of May

Respectfully submitted,
s/ Darla J. Mondou

11201 N. Anway Road
Marana, AZ 85653-9022
Phone: (520) 682-5535
FAX:   (707) 276-1158
darlalaw@aol.com
CJA Panel, Alaska

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2008,

a copy of the foregoing MOTION TO REDUCE SENTENCE was served
electronically via the district court's CM/ECF filing system on:

Retta-Rae Randall
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

s/ Darla J. Mondou