UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiff** ) | |
| ) | Case No: 3:97-cr-00068 |
| ) | |
| **v.** ) | |
| ) | |
| ) | |
| ) | PROPOSED ORDER ON |
| **CYRUS D. A. BRASWELL** ) | MOTION TO REDUCE |
| ) | SENTENCE PURSUANT TO |
| **Defendant/Petitioner** ) | § 3582(c)(2) |
| ) | |

Defendant/Petitioner's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) is hereby:

    **GRANTED:**_____ and the sentence imposed

is _____.

    **DENIED:** _____

_____
**Judge James K. Singleton, Jr.**
**United States District Judge**

**Dated:**_____