CYRUS D.A BRASWELL
REG, NO.#13356-006
F.C.I PEKIN
P.O BOX 5000
PEKIN, IL. 61555



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CYRUS D.A BRASWELL
        Defendant,

vs.

UNITED STATES OF AMERICA,
        Plaintiff,
_____/

Motion For Vountary Dismissal
Pursuant To (F.R.A.P) Rule,48

Case No. 3:97-CR-00068 (JKS)

    Comes Now Cyrus Braswell, appearing pro-se herein files this Motion for Voluntary Dismissal of defendant (February 22, 2008) request for re-sentencing under the "New" Crack Cocaine Amendment, made retroactive by the Sentencing Commissioner, effective dated March 3rd, 2008.

    Defendant request dismissal of this proceeding for the following:1) Counsel Darla J.Mondou, isn't advocating this case in the best interest of her client. On March 30, 2008, Attorney Mondou, confer with me, as., directed by the Court ORDER she informed me that i was convicted of Cocaine base (Powder) and thereby not entitled for reduction under the "New" Crack Cocaine Amendment Law. On April 3rd 2008, defendant forward a letter to attorney Mondou, requesting that she withdraw. Atty; Mondou has filed legal document (See, docket nos #297,298) before this Court., without forwarding a copy of her request to withdraw to the defendant. (2) On or about May 2005, while being housed at Florence, Correctional Officer Mansfied, summons me to her office and informed me not to send anymore threating letters to Judge Singleton home. I informed her that i wasn't the only inmate here from Alaska.

(1)

(3) District Court Judge James K. Singleton is a racist and I don't believe this case could every be adjudicate by Judge Singleton, in the best interest of justice, or the united states constitution. The grand jury indictment within this case is completely defective it failed to properly charge an offense against the united states. However, judge, Singleton refuse to follow the rule of law, and dismiss the defective-indictment. Judge Singleton knows that the sole witness in this case, was currently on state probation and couldn't be used under state or federal law to operate as a confidential informant. Judge Singleton., knows that I am being held in jail in violation of the law. Ex Parte - Brain, the instant that the Court amends the indictment, the Court loses jurisdiction. At that point in time, there is nothing that can cure that defect. It is a jurisdictional defect. Upon an indictment so changed, the Court can proceed "No" further. There is nothing for which the prisoner can be held to answer. A trial on such indictment is void. The united states supreme court relied on a strict construction of the Fifth and Sixth Amendment. Id. At 121 U.S 1, 7 S.Ct 781, 30 L.Ed 849 (1887).

DATED THIS 5th DAY OF MAY 2008.          RESPECTFULLY SUBMITTED

                                          *Cyrus Braswell*
                                          MR. CYRUS D.A BRASWELL

(2)

NOTICE OF PROOF OF SERVICE

I hereby certify, that on this 6 day of May 2008, The original plus __ copies where mailed TO;

United States District Court

Clerk of Court

222 W. 7th Avenue, #4

Anchorage, alaska  99513

and one copy to;

District Attorney Office

222 west 7th Avenue Rm 253

Anchorage, Alaska  99513

DATED THIS 6th DAY OF MAY 2008.              RESPECTFULLY SUBMITTED

                                              _____
                                              MR. CYRUS D.A BRASWELL
                                              PRO-SE