CYRUS D.A BRASWELL
REG, NO.#13356-006
F.C.I PEKIN
P.O BOX 5000
PEKIN, Il 61555

RECEIVED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CYRUS D.A BRASWELL
   Defendant,

vs.

UNITED STATES OF AMERICA,
   Plaintiff,
_____/

Case No. 3:97-CR-00068 (JKS)

## NOTICE OF APPEAL

 Notice is hereby given that Cyrus Braswell, defendant, in the above named case hereby Appeals to the United States Court of Appeals for the Ninth Circuit from an O.R.D.E.R denying Counsel of Record, Darla Mondou Motion to Withdraw as Counsel for Defendant. See, docket no.#297,298.

 Defendant avers, there are uncontested issues that need to be resolved by the Ninth Circuit Court of Appeals concerning the Federal District Court of Alaska failure to issue an O.R.D.E.R directing Counsel Mondou, to withdraw from any further legal representation of defendant. There are additional extraordinary and compelling reasons address within the District Court O.R.D.E.R, at docket no.#299, that warrant review of the district court O.R.D.E.R denying Counselor Mondou, motion to withdraw., as such;
   (1) The district court ORDER states: Proceedings to modify a sentence under §.3582 (c)(2) do not constitute a full re-sentencing. See U.S v.Hicks, 472 F.3d 1167,1171 (9th Cir.2007). Rather, the proceedings address the very limited issue,*** See, docket no.#299.

(1)

(2) Consistant with the limited nature of the proceeding, the Ninth Circuit has expressly held that no right to counsel exists in §.3582(c (2). See, docket no.#299 at page 2 of 4.

(3) Defendant has not explained why he feels he no longer requires Counsel., See, docket no.#299 at page 3 of 4.

The district court of alaska at anchorage entered a ORDER of Judgment on April 28, 2008. Defendant received a copy of this ORDER from counsel of record on May 5th 2008, and thereafter submits this Notice of Appeal pursuant to the Rules of Appellate Procedure, Rule 4(b)(1)(A *B(2),(c)(1)(2)(3).

DATED THIS 5th DAY OF MAY 2008.                    RESPECTFULLY SUBMITTED

                                                                  MR. CYRUS D.A BRASWELL

ATTN; Clerk of Court

There were document filed by attorney Darla J.Mondou at docket no #297 and 298 that were never forward to defendant. Please forward a copy of those document to me.

Any ORDER which effectively sends a party out of Court is appealable See, Herrington v.Country of Sonoma, 706 F.2d 938 (9th Cir.1983).

(2)

