UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 27 2008

FILED __25/29/08__ WH
DOCKETED __5/29/08__ WH
      DATE      INITIAL

**CASE INFORMATION:**
Short Case Title: USA v. BRASWELL
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JAMES K SINGLETON, JR - 3:97-cr-00068
Date Indictment Filed: 06/18/97
Date Appealed Order *entered*: 04/28/08
Date NOA *filed*: 05/19/08
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending
Court Reporter(s) Name and Phone Number: _
    Magistrate Judge's Order? If so, please attach.

RECEIVED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FEE INFORMATION:**
Date Docket Fee paid: NOT PAID    Date Docket Fee billed: _
Date FP granted: _    Date FP denied: _
Is FP pending? NO    Was FP Limited/Revoked?
US Government Appeal?   NO
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:
**DARLA J MONDOU**                  **RETTA-RAE RANDALL**
11201 N. Anway Road                 US Attorney's Office
Marana, AZ 85653-9022               222 West 7th Ave, # 9
FAX: 707-276-1158                   Anchorage, AK 99513
                                    FAX: 907-271-1500

__retained   X CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 13356-006       Address:  F.C.I. PEKIN
Custody: YES                           PO BOX 5000
Bail: _                                PEKIN, IL 61555

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _      9th Circuit Docket Number: _

Name and phone number of person completing this form:  CARLA APPLEBEE
                                                       907-677-6138