Darla J. Mondou
CJA Appellate Counsel
For the District of Alaska
11201 N. Anway Road
Marana, AZ 85653
(520) 682-5535


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

_____

UNITED STATES OF AMERICA   )
   Plaintiff               )
                        ) Case No: 3:97-cr-00068
                        )
   v.                  ) MOTION FOR VOLUNTARY
                        ) DISMISSAL OF MOTION
                        ) FOR RE-SENTENCING
                        )
CYRUS D. A. BRASWELL
   Defendant

_____

   NOW COMES CYRUS D.A. BRASAWELL, by and through counsel,

hereby moves this Honorable Court to dismiss, without

prejudice, his motion for re-sentencing pursuant to 18

U.S.C. § 3582(c)(2) (docket nos: 288-290).   Counsel

provides the attached affidavit in support of this motion.

      DATED this 3rd day of July

                   Respectfully submitted,

                   s/ Darla J. Mondou
                   11201 N. Anway Road
                   Marana, AZ 85653-9022
                   Phone: (520) 682-5535
                   FAX:   (707) 276-1158
                   darlalaw@aol.com
                   CJA Panel, Alaska

CERTIFICATE OF SERVICE


        I hereby certify that on this 3rd day of July, 2008,
a copy of the foregoing MOTION FOR VOLUNTARY DISMISSAL OF
MOTION FOR RESENTENCING AND AFFIDAVIT was served
electronically via the district court's CM/ECF filing system
on:


Retta-Rae Randall
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                        s/ Darla J. Mondou
                        11201 N. Anway Road
                        Marana, AZ 85653-9022
                        Phone: (520) 682-5535
                        FAX:   (707) 276-1158
                        darlalaw@aol.com
                        CJA Panel, Alaska

3