UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|     Plaintiff | ) |
| | ) Case No: 3:97-cr-00068 |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) PROPOSED ORDER ON |
| CYRUS D. A. BRASWELL | ) MOTION FOR VOLUNTARY DISMISSAL |
| | ) OF MOTION FOR RE-SENTENCING |
| Defendant/Petitioner | ) |
| | ) |
| | ) |
| | ) |

    Defendant's Cyrus D.A. Braswell's request, by and through counsel, to voluntarily dismiss his motion for re-sentencing is hereby:


    GRANTED:_____


    DENIED: _____



_____
Judge James K. Singleton, Jr.
United States District Judge

Dated:_____

Case 3:97-cr-00068-JKS   Document 311-2   Filed 07/03/2008   Page 2 of 2