**Darla J. Mondou**
**CJA Appellate Counsel**
**For the District of Alaska**
**11201 N. Anway Road**
**Marana, AZ 85653**
**(520) 682-5535**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiff ) | |
| ) | Case No: 3:97-cr-00068 |
| ) | |
| v. ) | |
| ) | |
| ) | AFFIDAVIT IN SUPPORT OF |
| ) | MOTION TO VOLUNTARILY |
| **CYRUS D.A. BRASWELL** ) | DISMISS MOTION FOR |
|     Defendant ) | RESENTENCING |

NOW COMES counsel for Mr. Braswell, and provides the following in support of her motion for voluntary dismissal of the motion for resentencing:

    1. Per Mr. Braswell's explicit direction, this counsel is filing a motion for voluntarily dismissal of his Motion for Re-sentencing pursuant to 18 U.S.C. § 3582(c)(2). This Honorable Court denied Mr. Braswell's *pro se* Motion for Voluntary Dismissal (docket no:303) on May 28, 2008 (docket no:308);

    2. Mr. Braswell has informed this counsel that he intends to refile a motion for re-sentencing waiving his right to counsel expressly to allow him to personally appear before this Honorable Court. This counsel advised Mr. Braswell that appearing *pro se* was an unsound decision;

    3. I informed Mr. Braswell that his Notice of Appeal filed in the Ninth Circuit-appealing the denial of this counsel's motion to withdraw as counsel (docket nos: 297-

1

299) would be mooted as it is directly related to the motion he is directing this counsel to have dismissed;

4. Mr. Braswell instructed this counsel to file in the Ninth Circuit an appeal this Honorable Court's denial of her motion to withdraw. This counsel declines to do so as the motion to withdraw was at the request of Mr. Braswell against this counsel's advice and intent;

5. This counsel informed Mr. Braswell that his original sentence was imposed prior to *United States v. Booker,* which only applied to cases then on direct appellate review and all those sentenced *post-Booker.* At this time, this counsel is of the opinion that *Booker* does NOT apply to re-sentencing under the crack cocaine amendment. It is clear that *Booker* did not apply to Mr. Braswell when he was originally sentenced and was not made retroactive to him or other defendants whose direct appeals had been finalized prior to the publishing of the June, 2005 decision;

6. This counsel's understanding is that re-sentencing pursuant to the crack cocaine amendment is discretionary and in some cases the reduction may not be granted. If a reduction is granted, then considerations of 18 U.S.C. 3553(a) may be the platform for the reduction;

7. Mr. Braswell disagrees and intends to argue that *Booker* and its progeny apply in this case and that he is entitled to a full re-sentencing hearing and desires to proceed without any counsel;

8. I spoke to Mr. Braswell via telephone on June 17, 2008 and he adamantly demanded that this counsel file the motion for voluntary dismissal of his motion for re-sentencing;

9. Therefore, this counsel is complying with Mr. Braswell's directive.

DATED this 3rd day of July,
Respectfully submitted,

s/ Darla J. Mondou
11201 N. Anway Road
Marana, AZ 85653-9022
Phone: (520) 682-5535
FAX:   (707) 276-1158
darlalaw@aol.com
CJA Panel, Alaska

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, a copy of the foregoing AFFIDAVIT was served electronically via the district court's CM/ECF filing system on:

Retta-Rae Randall
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

            **s/ Darla J. Mondou**
            **11201 N. Anway Road**
            **Marana, AZ 85653-9022**
            **Phone: (520) 682-5535**
            **FAX:   (707) 276-1158**
            **darlalaw@aol.com**
            **CJA Panel, Alaska**