**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of July, 2008, a copy of the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF RE-SENTENCING MOTION was served electronically via the district court's CM/ECF filing system on:

**Retta-Rae Randall**
**U.S. Attorney's Office (Anch)**
**222 West 7th Avenue, #9**
**Anchorage, AK 99513**
**907-271-5071**
**Fax: 907-271-1500**
**Email: rettarae.randall@usdoj.gov**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                  s/ Darla J. Mondou
                                  11201 N. Anway Road
                                  Marana, AZ 85653-9022
                                  Phone: (520) 682-5535
                                  FAX:   (707) 276-1158
                                  darlalaw@aol.com
                                  **CJA Panel, Alaska**