Darla J. Mondou
CJA Appellate Counsel
For the District of Alaska
11201 N. Anway Road
Marana, AZ 85653
(520) 682-5535

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br> )<br> v. )<br> )<br> )<br> )<br> )<br>CYRUS D.A. BRASWELL )<br>    Defendant ) | Case No: 3:97-cr-00068<br><br>ERRATA CORRECTING<br>AFFIDAVIT IN SUPPORT OF<br>MOTION TO VOLUNTARILY<br>DISMISS MOTION FOR<br>RESENTENCING |

NOW COMES counsel for Mr. Braswell, and provides the following errata correcting assertions in paragraphs 5-7 of her previously filed affidavit, docket no: 312

    5.  The sentencing guidelines are no longer mandatory, as was the status when Mr. Braswell was originally sentenced in 1997.  Thus, Mr. Braswell is correct that *Booker* applies when re-sentencing is considered pursuant to the crack cocaine amendment. *Booker* mandates that in all cases, whether imposing an original sentencing or discretionary re-sentencing, the district courts must comply with *Booker's* ruling;

    6. Although *Booker* applies to re-sentencing under 18 U.S.C. § 3582(c)(2) defendants seeking a reduction are not entitled to a full re-sentencing hearing. Moreover, this counsel understands that the district courts enjoy discretion in whether to grant to decline to grant a reduction in a crack cocaine based sentence.  If a district court exercises its discretion, to comply with *Booker* and

1

**the United States Constitution, the district court must consider the factors in 18 U.S.C. 3553(a) to determine the appropriate offense level.**

**7. Mr. Braswell disagrees and asserts that under *Booker* and its progeny he is entitled to a full re-sentencing hearing and desires to proceed without any counsel;**

        **ERRATA DATED this 4rd day of July,**
            **Respectfully submitted,**

         **s/ Darla J. Mondou**
         **11201 N. Anway Road**
         **Marana, AZ 85653-9022**
         **Phone: (520) 682-5535**
         **FAX:   (707) 276-1158**
         [darlalaw@aol.com](mailto:darlalaw@aol.com)
         **CJA Panel, Alaska**

**CERTIFICATE OF SERVICE**

**I hereby certify that on this 4th day of July, 2008,**

**a copy of the foregoing ERRATA OF AFFIDAVIT was served electronically via the district court's CM/ECF filing system on:**

**Retta-Rae Randall**
**U.S. Attorney's Office (Anch)**
**222 West 7th Avenue, #9**
**Anchorage, AK 99513**
**907-271-5071**
**Fax: 907-271-1500**
**Email: rettarae.randall@usdoj.gov**
***LEAD ATTORNEY***
***ATTORNEY TO BE NOTICED***

**s/ Darla J. Mondou**
**11201 N. Anway Road**
**Marana, AZ 85653-9022**
**Phone: (520) 682-5535**
**FAX: (707) 276-1158**
**darlalaw@aol.com**
**CJA Panel, Alaska**