**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-30178 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:97-CR-00068-JKS-1 |
| v. | District of Alaska, Anchorage |
| CYRUS BRASWELL, | ORDER |
| Defendant - Appellant. | |



RECEIVED
AUG 11 2008
CLERK, U.S. DISTRICT COURT

Appellant's motion for leave to file a late response to this court's June 26, 2008 order is granted. The motion for voluntary dismissal received on August 4, 2008 is ordered filed and is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Nanette Won
Deputy Clerk

NW/MOATT Direct Criminal

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/07/2008 at 9:03:54 AM PDT and filed on 08/07/2008

**Case Name:**         USA v. Cyrus Braswell
**Case Number:**       08-30178
**Document(s):**       Document(s)

**Docket Text:**
Order filed (Deputy Clerk: NW) Appellant's motion for leave to file a late response to this court's June 26, 2008 order is granted. The motion for voluntary dismissal received on August 4, 2008 is ordered filed and is granted. This appeal is dismissed. See Fed. R. App. P. 42(b). The copy of this order sent to the district court shall act as and for the mandate of this court.

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Clerk Order Filed
**Original Filename:** 08-30178.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/07/2008] [FileNumber=6609602-0]
[677a0c4470e2fc740835df6a6524f968aaa0d203bfa4bd483667f680c9424cb939c5292514b3cf6f76ff02f5802c01e9859

**Notice will be electronically mailed to:**

Mrs. Mondou, Darla Jean, Attorney: darlalaw@aol.com

**Notice will be mailed to:**

Randal, Retta-Rae
#9
222 West 7th Ave.
Federal Bldg. & US Courthouse
Anchorage, AK 99507-0000

USDC, Anchorage
District of Alaska (Anchorage)
222 West 7th Avenue
Anchorage, AK 99513-9513

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6609602
**RELIEF(S) DOCKETED:**
  to dismiss the case pursuant to rule 42b

to file late document
to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 5756289, 5751977, 5751973, 5756290, 5756291