**Darla J. Mondou**
**CJA Appellate Counsel**
**For the District of Alaska**
**11201 N. Anway Road**
**Marana, AZ 85653**
**(520) 682-5535**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|    Plaintiff ) | |
| ) | Case No: 3:97-cr-00068 |
| ) | |
| v. ) | |
| ) | |
| ) | NOTICE OF APPEAL |
| ) | |
| CYRUS D. A. BRASWELL ) | |
|    Defendant ) | |

NOW COMES CYRUS D.A. BRASAWELL, by and through counsel, hereby provides notice of his appeal of the District Court's order on re-sentencing pursuant to 18 U.S.C. § 3582(c)(2) (docket no: 319).

DATED this 28th day of August

                Respectfully submitted,

                s/ Darla J. Mondou
                11201 N. Anway Road
                Marana, AZ 85653-9022
                Phone: (520) 682-5535
                FAX:   (707) 276-1158
                darlalaw@aol.com
                CJA Panel, Alaska

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2008, a copy of the foregoing NOTICE OF APPEAL was served electronically via the district court's CM/ECF filing system on:

Retta-Rae Randall
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: rettarae.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                s/ Darla J. Mondou
                                                11201 N. Anway Road
                                                Marana, AZ 85653-9022
                                                Phone: (520) 682-5535
                                                FAX:   (707) 276-1158
                                                darlalaw@aol.com
                                                CJA Panel, Alaska