AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of ALASKA

RECEIVED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CYRUS D. A. BRASWELL | ) Case No: | 3:97-cr-00068-JKS |
| | ) USM No: | 13356-006 |
| Date of Previous Judgment: June 16, 1998 | ) | DARLA J. MONDOU |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __400__ months **is reduced to** __365 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
|---|---|---|---|
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 360 mo to Life | Amended Guideline Range: | 292 to 365 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __6/16/98__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    8/22/08

**REDACTED SIGNATURE**

Effective Date:    9/1/08
(if different from order date)

JAMES K. SINGLETON, U.S. District Judge
Printed name and title