Case 3:97-cr-68   Document 323 (Court only)   Filed 09/03/2008   Page 1 of 1

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**FILED**
SEP 10 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**CASE INFORMATION:**
Short Case Title: USA V. BRASWELL
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No  JAMES K. SINGLETON JR. 3:97-CR-00068-JKS-1
Date Complaint Filed: 06/18/97
Date Appealed Order *entered*:08/22/08
Date NOA *filed*:08/29/08
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

**08-30332**

Court Reporter(s) Name and Phone Number: None

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __                Date FP denied: __
Is FP pending? no                  Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: __

**RECEIVED**
SEP 15 2008
CLERK, U.S. DISTRICT COURT

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                              Appellee Counsel:

**DARLA J. MONDOU**                             **RETTA-RAE RANDALL**
MONDOU LAW OFFICE                               U.S ATTORNEY'S OFFICE (ANC)
11201 N ANWAY ROAD                              222 W. 7TH AVENUE #9

MARANA, AZ 8565                                 ANCHORAGE, AK 99513
520-682-5535 TELEPHONE                          907-271-5071 TELEPHONE
707-276-1158 FAX                                907-271-1500 FAX
DARLALAW@AOL.COM                                RETTARAE.RANDALL@USDOJ.GOV
__retained   X CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address:
Custody: __               Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:                9th Circuit Docket Number: __

Name and phone number of person completing this form: SINGINN A. LAWSON
907-677-6154

USCA9 11




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

September 10, 2008

| | |
|---|---|
| CA9 Docket No.: | 08-30332 |
| Agency Number: | 3:97-cr-00068-JKS-1 |
| Short Title: | USA v. Cyrus Braswell |

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeal docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**